IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 MAR 30 PM 2:40

Planned Parenthood Center for Choice, et al.,

-vs-

Greg Abbott, et al.,

Case No. 1:20-cv-00323-LY

## ORDER

BE IT REMEMBERED on this the **30th** day of **March**, 20**20**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Elizabeth Murrill** ("Applicant"), counsel for **State of Louisiana** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **State of Louisiana** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the **30th** day of **March** 20**20**

UNITED STATES DISTRICT JUDGE