IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION




FILED

2020 APR 13 PM 12: 10

CLERK
WESTERN DISTRICT TEXAS
BY_____

| | |
|---|---|
| PLANNED PARENTHOOD CENTER FOR CHOICE, PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICES, PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER, WHOLE WOMAN'S HEALTH, WHOLE WOMAN'S HEALTH ALLIANCE, SOUTHWESTERN WOMEN'S SURGERY CENTER, BROOKSIDE WOMEN'S MEDICAL CENTER PA D/BA BROOKSIDE WOMEN'S HEALTH CENTER AND AUSTIN'S WOMEN'S HEALTH CENTER, AND ROBIN WALLACE, M.D., M.A.S., §§§§§§§§§§§§§§§ PLAINTIFFS, § § V. § § GREG ABBOTT, GOVERNOR OF § TEXAS, KEN PAXTON, ATTORNEY § GENERAL OF TEXAS, PHIL WILSON § ACTING EXECUTIVE § COMMISSIONER OF THE TEXAS § HEALTH AND HUMAN SERVICES § COMMISSION, STEPHEN BRINT § CARLTON, EXECUTIVE DIRECTOR § OF THE TEXAS MEDICAL BOARD, § KATHERINE A. THOMAS, § EXECUTIVE DIRECTOR OF THE § TEXAS BOARD OF NURSING, EACH § IN THEIR OFFICIAL CAPACITY, AND § MARGARET MOORE, DISTRICT § ATTORNEY FOR TRAVIS COUNTY, § JOE GONZALES, CRIMINAL § DISTRICT ATTORNEY FOR BEXAR § COUNTY, JAIME ESPARZA, DISTRICT § ATTORNEY FOR EL PASO COUNTY, § JOHN CREUZOT, DISTRICT § ATTORNEY FOR DALLAS COUNTY, § SHAREN WILSON, CRIMINAL § | CAUSE NO. A-20-CV-323-LY |

| | |
|---|---|
| DISTRICT ATTORNEY TARRANT COUNTY, RICARDO RODRIGUEZ, JR., CRIMINAL DISTRICT ATTORNEY FOR HIDALGO COUNTY, BARRY JOHNSON, CRIMINAL DISTRICT ATTORNEY FOR MCLENNAN COUNTY, KIM OGG, CRIMINAL DISTRICT ATTORNEY FOR HARRIS COUNTY, AND BRIAN MIDDLETON CRIMINAL DISTRICT ATTORNEY FOR FORT BEND COUNTY, EACH IN THEIR OFFICIAL CAPACITY, DEFENDANTS. | § § § § § § § § § § § § § |

## ORDER MODIFYING PREVIOUS ORDER

THIS COURT'S ORDER of April 8, 2020, (Clerk's Doc. #58) is **MODIFIED** as follows:

**IT IS ORDERED** that the written joint status report previously ordered to be filed on or before April 15, 2020, **shall be filed on or before April 14, 2020, at 12:00 noon.** In all other respects, the April 8 order remains unchanged.

SIGNED this _13th_ day of April, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE