IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 APR 13 PM 3: 24

CLERK
WESTERN

| Planned Parenthood Center for Choice, et al. | |
|---|---|
| -vs- | Case No. 1:20-cv-00323-LY |
| Greg Abbott, et al. | |

## ORDER

BE IT REMEMBERED on this the *13th* day of *April*, 20*20*, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by ___Joseph Scott St. John___ ("Applicant"), counsel for ___State of Louisiana___ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of ___State of Louisiana___ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the *13th* day of *April* 20*20*.

_____
UNITED STATES DISTRICT JUDGE