IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD § <br> CENTER FOR CHOICE, et al., § <br> § <br> Plaintiffs, § <br> v. § <br> § <br> GREG ABBOTT, et al., § <br> § <br> Defendants. § | CAUSE NO. 1:20-CV-00323-LY |

**STATE DEFENDANTS'[1] NOTICE OF APPEAL**

PLEASE TAKE NOTICE that State Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit the Orders entered on April 9, 2020 and April 14, 2020, ECF Nos. 63 and 82.

---

[1] Defendants Greg Abbott, in his official capacity as Governor of Texas; Ken Paxton, in his official capacity as Attorney General of Texas; Phil Wilson, in his official capacity as Acting Executive Commissioner of the Texas Health and Human Services Commission; Stephen Brint Carlton, in his official capacity as Executive Director of the Texas Medical Board; and Katherine A. Thomas, in her official capacity as the Executive Director of the Texas Board of Nursing (collectively "State Defendants").

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy First Assistant Attorney General

DARREN MCCARTY
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief, General Litigation Division

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Texas Bar No. 24079396
BENJAMIN S. WALTON
Texas Bar No. 24075241
Assistant Attorneys General
General Litigation Division

HEATHER GEBELIN HACKER
Assistant Solicitor General
Texas Bar No. 24103325

Office of the Attorney General
300 West 15th Street
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)

Attorneys for State Defendants

## CERTIFICATE OF SERVICE

I certify that on April 15, 2020, this document was served through the Court's CM/ECF Document Filing System or through electronic mail, upon the following counsel of record:

Patrick J. O'Connell
Law Offices of Patrick J. O'Connell PLLC
5926 Balcones Dr., Ste. 220
Austin, TX 78731
(512) 852-5918
pat@pjofca.com

Molly Duane
Rabia Muqaddam
Francesca Cocuzza
Center for Reproductive Rights
199 Water St. 22nd Floor
New York, NY 10038
(917) 637-3631
mduane@reprorights.org
rmuqaddam@reprorights.org
fcocuzza@reprorights.org

Julie Murray
Alice Clapman
Richard Muniz
Hannah Swanson
Planned Parenthood Federation of America
1110 Vermont Ave., NW Ste. 300
Washington, D.C. 20005
(202) 973-4800
julie.murray@ppfa.org
alice.clapman@ppfa.org
richard.muniz@ppfa.org
hanna.swanson@ppfa.org

Stephanie Toti
Rupali Sharma
Sneha Shah
Lawyering Project
25 Broadway, Fl. 9
New York, NY 10004
(646) 490-1083
stoti@lawyeringproject.org
rsharma@lawyeringproject.org
sshah@lawyeringproject.org

Jennifer Sandman
Planned Parenthood Federation of America
123 William Street
New York, NY 10038
(212) 541-7800
jennifer.sandman@ppfa.org

Justin C. Pfeiffer
Assistant Fort Bend County Attorney
301 Jackson Street (Mail)
401 Jackson Street, Third Floor (Office)
Richmond, Texas 77469
(281) 341-4555
Justin.Pfeiffer@fortbendcountytx.gov

Brigitte Adrienne Amiri
American Civil Liberties Union
125 Broad Street
New York, NY 10004
(212) 549-2633
bamiri@aclu.org

John Butrus
Assistant Dallas County District Attorney
133 N. Riverfront Blvd., L.B. 19
Dallas, TX 75207
(214) 653-3691
John.buterus@dallascounty.org

Elizabeth Murrill
Solicitor General
Joseph Scott S. John
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
(225) 456-7544 / (225) 485-2458
emurrill@ag.louisiana.gov
stjohnj@ag.louisiana.gov

Anjali Salvador
Andre Segura
ACLU Foundation of Texas, Inc.
P.O. Box 8306
Houston, TX 77288
(713)942-8146
asalvador@aclutx.org
asegura@clutx.org

/s/ Andrew B. Stephens
ANDREW B. STEPHENS
Assistant Attorney General