IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2020 APR 17  PM 4: 05

CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____
DEPUTY



| | |
|---|---|
| PLANNED PARENTHOOD CENTER FOR CHOICE, PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICES, PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER, WHOLE WOMAN'S HEALTH, WHOLE WOMAN'S HEALTH ALLIANCE, SOUTHWESTERN WOMEN'S SURGERY CENTER, BROOKSIDE WOMEN'S MEDICAL CENTER PA D/BA BROOKSIDE WOMEN'S HEALTH CENTER AND AUSTIN'S WOMEN'S HEALTH CENTER, ROBIN WALLACE, M.D., M.A.S., AND HOUSTON WOMEN'S CLINIC, PLAINTIFFS, | § § § § § § § § § § § § § § § § § § § § |
| V. | § § |
| GREG ABBOTT, GOVERNOR OF TEXAS, KEN PAXTON, ATTORNEY GENERAL OF TEXAS, PHIL WILSON ACTING EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, STEPHEN BRINT CARLTON, EXECUTIVE DIRECTOR OF THE TEXAS MEDICAL BOARD, KATHERINE A. THOMAS, EXECUTIVE DIRECTOR OF THE TEXAS BOARD OF NURSING, EACH IN THEIR OFFICIAL CAPACITY, AND MARGARET MOORE, DISTRICT ATTORNEY FOR TRAVIS COUNTY, JOE GONZALES, CRIMINAL DISTRICT ATTORNEY FOR BEXAR COUNTY, JAIME ESPARZA, DISTRICT ATTORNEY FOR EL PASO COUNTY, JOHN CREUZOT, DISTRICT ATTORNEY FOR DALLAS COUNTY, | § § § § § § § § § § § § § § § § § § § § § § § |

CAUSE NO. A-20-CV-323-LY

SHAREN WILSON, CRIMINAL          §
DISTRICT ATTORNEY TARRANT        §
COUNTY, RICARDO RODRIGUEZ, JR.,  §
CRIMINAL DISTRICT ATTORNEY       §
FOR HIDALGO COUNTY, BARRY        §
JOHNSON, CRIMINAL DISTRICT       §
ATTORNEY FOR MCLENNAN            §
COUNTY, KIM OGG, CRIMINAL        §
DISTRICT ATTORNEY FOR HARRIS     §
COUNTY, AND BRIAN MIDDLETON      §
CRIMINAL DISTRICT ATTORNEY       §
FOR FORT BEND COUNTY, EACH IN    §
THEIR OFFICIAL CAPACITY,         §
                    DEFENDANTS.

## ORDER

Before the court is the above-styled and numbered cause.  On April 17, 2020, the governor of Texas signed Executive Order GA-15, which relates to matters central to this action.  In light of GA-15, Plaintiffs, by email with notice to the other side, have requested that the court grant a 24-hour extension of their April 17, 2020, 5:00 p.m. deadline to file and serve additional briefing and any additional declarations, affidavits, designations, and exhibits ("supporting evidence").  The court grants Plaintiffs' request.

**IT IS ORDERED** that Plaintiffs' may serve and file additional briefing and supporting evidence **on or before April 18, 2020 at 5:00 p.m.**

**IT IS FURTHER ORDERED** that the parties confer as soon as practicable, but before the telephone conference set by this order, about the effect GA-15 has on this action and what effect if any GA-15 has related to the Texas Medical Board's emergency amendment to Title 22 Texas Administrative Code Section 187.57 ("Emergency Rule"), which imposes the same requirements as GA-09.

2

**IT IS FURTHER ORDERED** that this action is **set for a telephonic conference April 20, 2020, at 9:30 a.m.**  Counsel and parties may call in to the court's conference line at (877) 873-8017, with Access Code 7996289.

SIGNED this _176_ day of April, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE