RECEIVED
APR 17 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

FILED
APR 17 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD CENTER FOR CHOICE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREG ABBOTT, in his official capacity as Governor of Texas, et al., <br><br> Defendants. | No. 1:20-cv-323-LY |

## PLAINTIFFS ALAMO CITY SURGERY CENTER'S AND HOUSTON WOMEN'S REPRODUCTIVE SERVICES' MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs Alamo City Surgery Center PLLC d/b/a Alamo Women's Reproductive Services ("Alamo") and Houston Women's Reproductive Services ("HWRS") recently joined the instant case via Plaintiffs' Second Amended Complaint, and respectfully seek a temporary restraining order allowing them to provide abortions consistent with the terms of this Court's Order Granting Plaintiffs' Second Motion for Temporary Restraining Order, ECF No. 63 (the "Second TRO") and Order Extending Order Granting Plaintiffs' Second Motion for Temporary Restraining Order, ECF No. 82 ("Order Extending TRO"); *see In re Greg Abbott*, No. 20-50296 (5th Cir. Apr. 10, 2020) (denying temporary administrative stay of district court's temporary restraining order as to "any patient who, based on the treating physician's medical judgment, would be past the legal limit for an abortion in Texas—22 weeks LMP—on April 22, 2020."); *In re Greg Abbott*, No. 20-50296 (5th Cir. Apr. 13, 2020) (dissolving the previously entered temporary administrative stay as applied to medication abortions).

Plaintiffs Alamo and HWRS join in all legal and factual contentions made by other Plaintiffs to date. As set out in the record; Plaintiffs' Second Amended Complaint; and the Declaration of Alan Braid, M.D., in Support of Plaintiffs' Motion for Temporary Restraining Order, attached hereto as Ex. 1, Plaintiffs Alamo and HWRS are similarly situated to the other Plaintiffs in this case and accordingly seek relief from the Court in order to, like the other Plaintiffs, provide abortions consistent with the Second TRO and Order Extending TRO.

Defendants oppose this motion.

Dated: April 17, 2020

/s/ Patrick J. O'Connell
Patrick J. O'Connell
Texas Bar No. 15179900
Law Offices of Patrick J. O'Connell PLLC
5926 Balcones Dr., Ste. 220
Austin, Texas 78731
(512) 852-5918
pat@pjofca.com

*Counsel for Plaintiffs*

Molly Duane*
Rabia Muqaddam*
Francesca Cocuzza*
Center for Reproductive Rights
199 Water St., 22nd Floor
New York, NY 10038
(917) 637-3631
mduane@reprorights.org
rmuqaddam@reprorights.org
fcocuzza@reprorights.org

*Counsel for Plaintiffs Southwestern Women's Surgery Center, Brookside Women's Medical Center PA d/b/a Brookside Women's Health Center and Austin Women's Health Center, Robin Wallace, M.D., Alamo City Surgery Center PLLC d/b/a Alamo Women's*

*Reproductive Services*, and *Houston Women's Reproductive Services*

*admitted pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on this 17th day of April, 2020, I filed a copy of the foregoing with this Court's CM/ECF system, which will serve a copy on the following individuals:

Heather Gebelin Hacker
Andrew Bowman Stephens
Benjamin S. Walton
Office of the Attorney General of Texas
209 W. 14th Street
7th Floor
Austin, TX 78701
512-836-2540
512-474-2697 (fax)
heather.hacker@oag.texas.gov
andrew.stephens@oag.texas.gov
benjamin.walton@oag.texas.gov

John J. Butrus, Jr.
Dallas County District Attorney's Office
133 N. Riverfront Blvd LB 19
Dallas, TX 75207
(214) 653-3691
(214) 653-2899 (fax)
john.butrus@dallascounty.org

Justin C. Pfeiffer
Fort Bend County Attorney's
Office 401 Jackson Street
Third Floor
Richmond, TX 77469
(281) 341-4555
281-341-4557 (fax)
justin.pfeiffer@fortbendcountytx.gov

David S. Lill
Lill Firm, P.C.
4407 Bee Caves Road
Suite 111 Building 1
Austin, TX 78746
(512) 330 0252
844 402 9814 (fax)
david@lillfirm.com

Elizabeth Murrill
Louisiana Dept. of Justice
1885 North Third Street
Baton Rouge, LA 70804
225-456-7544
murrille@ag.louisiana.gov

*/s/ Patrick J. O'Connell*
Patrick J. O'Connell