# EXHIBIT 26

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD CENTER FOR CHOICE; *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| GREG ABBOTT, in his official capacity as Governor; *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

CIVIL ACTION

CASE NO. 1:20-cv-323-LY

### SECOND DECLARATION OF ANDREA FERRIGNO IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

ANDREA FERRIGNO hereby declares under penalty of perjury that the following statements are true and correct:

1. I am the Corporate Vice-President with Whole Woman's Health ("WWH"), a plaintiff in this case.

2. I am providing this declaration to supplement the declaration that I submitted on March 25, 2020.

3. The following testimony is based on personal knowledge, interactions with WWH's staff members and patients, and review of WWH's business records.

4. As I explained in my prior declaration, WWH has adopted policies to protect its patients and staff members from exposure to the virus. Those policies limit the number of patients that we permit in our clinics at any given time and thereby reduce our overall capacity to treat patients.

5. As a result of the Governor's March 22, 2020, Executive Order, WWH has had to turn away more than a hundred patients seeking abortion care. We have helped some of these

1

patients secure appointments at abortion clinics in other states, including Colorado, Kansas, New Mexico, and Virginia.

6. One patient, pregnant with twins, was very anxious to have an abortion. She was 12 weeks LMP when she contacted our Fort Worth clinic to make an appointment, but we could not treat her there because of the Executive Order. It was very important to her to have an abortion before her pregnancy progressed further and became visible to others. We helped her obtain an appointment at an abortion clinic in Virginia and raised money for her to travel there. She had never flown on an airplane before and was so afraid of flying that she threw up at the airport. She would not have had to make such a long and frightening trip if it wasn't for the Executive Order.

7. As I mentioned in my prior declaration, the cost of abortion care increases with gestational age. The reason is that the duration and complexity of an abortion increases as pregnancy advances, making later abortion care more expensive to provide.

8. The price of an abortion at a given gestational age differs at our Fort Worth and McAllen clinics based on market conditions, but at each clinic, the price remains constant up to 12 weeks LMP and steadily increases each week thereafter. In Fort Worth, the price of a medication abortion or a procedural abortion before 12 weeks LMP is $750, including the pre-abortion consultation. The price increases to $870 at 13-14 weeks LMP; $1,000 at 15-16 weeks LMP; and $1,100 at 17-18 weeks LMP. In McAllen, the price of a medication abortion or a procedural abortion before 12 weeks LMP is $800, including the pre-abortion consultation. The price increases to $1,075 at 13-14 weeks LMP; $1,250 at 15-16 weeks LMP; and $1,550 at 17-18 weeks LMP.

9. WWH used to operate an ambulatory surgical center in San Antonio. That facility closed in 2016. Just prior to its closure, we charged $2,100 for abortion services—including pre-

abortion care and ultrasound—at 18-19 weeks LMP; $2,400 for abortion services at 19-20 weeks LMP; $2,900 for abortion services at 20-21 weeks LMP; and $3,100 for abortion services at 22-23 weeks LMP.

Dated: April 17, 2020

                                                                                  /S/*Andrea Ferrigno*
                                                                                  Andrea Ferrigno