IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 20-50314

D.C. Docket No. 1:20-CV-323

United States Court of Appeals
Fifth Circuit
**FILED**
April 20, 2020
Lyle W. Cayce
Clerk

SOUTHWESTERN WOMEN'S SURGERY CENTER; BROOKSIDE WOMEN'S MEDICAL CENTER, P.A., doing business as Brookside Women's Health Center and Austin Women's Health Center; ROBIN WALLACE, M.D., M.A.S.; HOUSTON WOMEN'S CLINIC; PLANNED PARENTHOOD CENTER FOR CHOICE; PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICES; PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER; WHOLE WOMAN'S HEALTH; WHOLE WOMAN'S HEALTH ALLIANCE,

       Plaintiffs - Appellees

v.

GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, in his official capacity; KEN PAXTON, in his official capacity as Attorney General of Texas; PHIL WILSON, in his official capacity as Acting Executive Commissioner of the Texas Health and Human Services Commission; STEPHEN BRINT CARLTON, in his official capacity as Executive Director of the Texas Medical Board; KATHERINE A. THOMAS, in her official capacity as the Executive Director of the Texas Board of Nursing,

       Defendants – Appellants

Appeal from the United States District Court for the
Western District of Texas

Before DENNIS, ELROD, and DUNCAN, Circuit Judges.

## J U D G M E N T

This cause was considered on emergency motion to for stay.

It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction.

**Certified as a true copy and issued as the mandate on Apr 20, 2020**

**Attest:** *Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
April 20, 2020

Lyle W. Cayce
Clerk

No. 20-50314

SOUTHWESTERN WOMEN'S SURGERY CENTER; BROOKSIDE WOMEN'S MEDICAL CENTER, P.A., doing business as Brookside Women's Health Center and Austin Women's Health Center; ROBIN WALLACE, M.D., M.A.S.; HOUSTON WOMEN'S CLINIC; PLANNED PARENTHOOD CENTER FOR CHOICE; PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICES; PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER; WHOLE WOMAN'S HEALTH; WHOLE WOMAN'S HEALTH ALLIANCE,

    Plaintiffs - Appellees

v.

GREG ABBOTT, GOVERNOR OF THE STATE OF TEXAS, in his official capacity; KEN PAXTON, in his official capacity as Attorney General of Texas; PHIL WILSON, in his official capacity as Acting Executive Commissioner of the Texas Health and Human Services Commission; STEPHEN BRINT CARLTON, in his official capacity as Executive Director of the Texas Medical Board; KATHERINE A. THOMAS, in her official capacity as the Executive Director of the Texas Board of Nursing,

    Defendants - Appellants

Appeal from the United States District Court for
the Western District of Texas
USDC No. 1:20-CV-323

No. 20-50314

Before DENNIS, ELROD, and DUNCAN, Circuit Judges.

PER CURIAM:*

    Defendants-Appellants appeal the order entered by the district court on April 9, 2020 and extended on April 14, 2020. Temporary restraining orders are not appealable; however, an order styled a temporary restraining order may be appealed if its "actual content, purport, and effect" is that of a preliminary injunction. *Smith v. Grady*, 411 F.2d 181, 186 (5th Cir. 1969); *see also* 28 U.S.C. § 1292. We conclude that the orders involved here are properly understood as an extended temporary restraining order and that we lack jurisdiction over the appeal. Accordingly, we DISMISS this appeal for want of jurisdiction and DENY AS MOOT the emergency motion to stay.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2020

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 20-50314   Planned Parenthood Center, et al v. Greg Abbott, Governor of TX, et al
                            USDC No. 1:20-CV-323

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Peter A. Conners, Deputy Clerk
                                      504-310-7685

cc:
    Mrs. Molly Rose Duane
    Ms. Heather Gebelin Hacker
    Mr. Kyle Douglas Hawkins
    Ms. Julie A. Murray
    Ms. Jennifer Sandman
    Mr. Andre Segura
    Ms. Rupali Sharma
    Mr. Andrew Bowman Stephens
    Ms. Hannah Swanson
    Mrs. Natalie Deyo Thompson
    Ms. Stephanie Toti