IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 APR 21  AM 10: 19

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| PLANNED PARENTHOOD CENTER FOR CHOICE, PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICES, PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER, WHOLE WOMAN'S HEALTH, WHOLE WOMAN'S HEALTH ALLIANCE, SOUTHWESTERN WOMEN'S SURGERY CENTER, BROOKSIDE WOMEN'S MEDICAL CENTER PA D/BA BROOKSIDE WOMEN'S HEALTH CENTER AND AUSTIN'S WOMEN'S HEALTH CENTER, ROBIN WALLACE, M.D., M.A.S., ALAMO CITY SURGERY CENTER PLLC D/B/A ALAMO WOMEN'S REPRODUCTIVE SERVICES, HOUSTON WOMEN'S REPRODUCTIVE SERVICES, AND HOUSTON WOMEN'S CLINIC, § § § § § § § § § § § § § § § § § § § § § §  PLAINTIFFS, § § | |
| V. § § | CAUSE NO. A-20-CV-323-LY |
| GREG ABBOTT, GOVERNOR OF TEXAS, KEN PAXTON, ATTORNEY GENERAL OF TEXAS, PHIL WILSON ACTING EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, STEPHEN BRINT CARLTON, EXECUTIVE DIRECTOR OF THE TEXAS MEDICAL BOARD, KATHERINE A. THOMAS, EXECUTIVE DIRECTOR OF THE TEXAS BOARD OF NURSING, EACH IN THEIR OFFICIAL CAPACITY, AND MARGARET MOORE, DISTRICT ATTORNEY FOR TRAVIS COUNTY, JOE GONZALES, CRIMINAL § § § § § § § § § § § § § § § § § § § | |

| | |
|---|---|
| DISTRICT ATTORNEY FOR BEXAR COUNTY, JAIME ESPARZA, DISTRICT ATTORNEY FOR EL PASO COUNTY, JOHN CREUZOT, DISTRICT ATTORNEY FOR DALLAS COUNTY, SHAREN WILSON, CRIMINAL DISTRICT ATTORNEY TARRANT COUNTY, RICARDO RODRIGUEZ, JR., CRIMINAL DISTRICT ATTORNEY FOR HIDALGO COUNTY, BARRY JOHNSON, CRIMINAL DISTRICT ATTORNEY FOR MCLENNAN COUNTY, KIM OGG, CRIMINAL DISTRICT ATTORNEY FOR HARRIS COUNTY, AND BRIAN MIDDLETON CRIMINAL DISTRICT ATTORNEY FOR FORT BEND COUNTY, EACH IN THEIR OFFICIAL CAPACITY, DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § |

## ORDER

IN THIS CASE on April 13, 2020, Plaintiffs filed an Amended Complaint for Injunctive and Declaratory Relief adding Houston Women's Clinic as a plaintiff (Clerk's Doc. #67). On April 14, 2020, Houston Women's Clinic filed a Motion for Temporary Restraining Order (Clerk's Doc. #79). On April 17, 2020, Plaintiffs filed a Second Amended Complaint for Injunctive and Declaratory Relief adding Alamo City Surgery Center PLLC d/b/a Alamo Women's Reproductive Services and Houston Women's Reproductive Services as plaintiffs (Clerk's Document #86). Also, on April 17, 202, Alamo City Surgery Center and Houston Women's Reproductive Services filed a Motion for Temporary Restraining Order (Clerk's Doc. #87).

On April 9, 2020, before Houston Women's Clinic, Alamo City Surgery Center, and Houston Women's Reproductive Services appeared plaintiffs, this court rendered an Order Granting Plaintiffs' Second Motion for a Temporary Restraining Order (Clerk's Doc. #63). Houston

2

Women's Clinic, Alamo City Surgery Center, and Houston Women's Reproductive Services each move for a temporary restraining order to place it in the same position in this case as the other plaintiffs. The court finds that Houston Women's Clinic, Alamo City Surgery Center, and Houston Women's Reproductive Services are similarly situated to the other plaintiffs and bringing them under the existing temporary restraining order will neither delay resolution of this case nor change the status of or work a hardship on any other party.

**IT IS THEREFORE ORDERED** that Plaintiff Houston Women's Clinic's Motion for Temporary Restraining Order (Clerk's Doc. #79) and Plaintiffs Alamo City Surgery Center's and Houston Women's Reproductive Services; Motion for Temporary Restraining Order (Clerk's Doc. #87) are **GRANTED** as follows: Houston Women's Clinic, Alamo City Surgery Center, and Houston Women's Reproductive Services as plaintiffs in this case, are covered by and subject to this court's April 9, 2020, temporary restraining order to the same extent as the original plaintiffs and are entitled to all rights, privileges, and immunities set forth in the April 9, 2020 order, as modified by the United States Court of Appeals for the Fifth Circuit by that court's orders of April 10 and April 13, 2020. In all other respects, the motion is **DENIED**.

SIGNED this 21st day of April, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE