IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 APR 21  AM 10: 19

PLANNED PARENTHOOD CENTER FOR CHOICE, *et al.*,

    Plaintiffs,

v.

GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,

    Defendants.

No. 1:20-cv-00323-LY

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO USE A PSEUDONYM AND FOR A PROTECTIVE ORDER

Before the Court is Plaintiffs' Motion for Leave to Use a Pseudonym and for a Protective Order. Having considered the motion, the Court is of the opinion that good cause exists for granting it.

IT IS THEREFORE ORDERED that Plaintiffs' witness, Jane Doe, is granted leave to appear in this matter by pseudonym;

AND IT IS FURTHER ORDERED that Defendants shall not seek to ascertain through discovery or other means Jane Doe's real name or other information that could identify Jane Doe;

AND IT IS FURTHER ORDERED that no party shall publicly disclose Jane Doe's real name or other information that could identify Jane Doe, including in public court filings, in open court, and in any judicial proceeding conducted on the record.

SIGNED this 21st day of April, 2020.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE