FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

2020 APR 21   AM 10: 19

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

PLANNED PARENTHOOD CENTER FOR
CHOICE, *et al.*,

    Plaintiffs,

v.

GREG ABBOTT, in his official capacity as
Governor of Texas, *et al.*,

    Defendants.

No. 1:20-cv-00323-LY

## ████████ ORDER GRANTING PLAINTIFFS' SECOND MOTION FOR LEAVE TO USE PSEUDONYMS AND FOR A PROTECTIVE ORDER

Before the Court is Plaintiffs' Second Motion for Leave to Use Pseudonyms and for a Protective Order. Having considered the motion, and the particular facts giving rise to each witness's fear of harassment and possible violence were they publicly associated with their testimony in this case, the Court is of the opinion that good cause exists for granting it.

IT IS THEREFORE ORDERED that Plaintiffs' witnesses, Alex Moe, Mary Roe, M.D., and Alma Loe, M.D., are granted leave to appear in this matter by pseudonym;

AND IT IS FURTHER ORDERED that Defendants and amici shall not seek to ascertain through discovery or other means these three witnesses' real names or other information that could identify them;

AND IT IS FURTHER ORDERED that no party shall publicly disclose these three witnesses' real names or other information that could identify them, including in public court filings, in open court, and in any judicial proceeding conducted on the record.

1

SIGNED this 21st day of April, 2020

HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE