IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
2020 APR 21  AM 10: 20
CLERK
WESTERN DISTRICT TEXAS
BY_____

| | | |
|---|---|---|
| PLANNED PARENTHOOD CENTER FOR CHOICE, PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICES, PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER, WHOLE WOMAN'S HEALTH, WHOLE WOMAN'S HEALTH ALLIANCE, SOUTHWESTERN WOMEN'S SURGERY CENTER, BROOKSIDE WOMEN'S MEDICAL CENTER PA D/BA BROOKSIDE WOMEN'S HEALTH CENTER AND AUSTIN'S WOMEN'S HEALTH CENTER, ROBIN WALLACE, M.D., M.A.S., ALAMO CITY SURGERY CENTER PLLC D/B/A ALAMO WOMEN'S REPRODUCTIVE SERVICES, HOUSTON WOMEN'S REPRODUCTIVE SERVICES, AND HOUSTON WOMEN'S CLINIC, PLAINTIFFS, | § § § § § § § § § § § § § § § § § § § § § § | |
| V. | § § | CAUSE NO. A-20-CV-323-LY |
| GREG ABBOTT, GOVERNOR OF TEXAS, KEN PAXTON, ATTORNEY GENERAL OF TEXAS, PHIL WILSON ACTING EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, STEPHEN BRINT CARLTON, EXECUTIVE DIRECTOR OF THE TEXAS MEDICAL BOARD, KATHERINE A. THOMAS, EXECUTIVE DIRECTOR OF THE TEXAS BOARD OF NURSING, EACH IN THEIR OFFICIAL CAPACITY, AND MARGARET MOORE, DISTRICT ATTORNEY FOR TRAVIS COUNTY, JOE GONZALES, CRIMINAL | § § § § § § § § § § § § § § § § § § | |

| | |
|---|---|
| DISTRICT ATTORNEY FOR BEXAR COUNTY, JAIME ESPARZA, DISTRICT ATTORNEY FOR EL PASO COUNTY, JOHN CREUZOT, DISTRICT ATTORNEY FOR DALLAS COUNTY, SHAREN WILSON, CRIMINAL DISTRICT ATTORNEY TARRANT COUNTY, RICARDO RODRIGUEZ, JR., CRIMINAL DISTRICT ATTORNEY FOR HIDALGO COUNTY, BARRY JOHNSON, CRIMINAL DISTRICT ATTORNEY FOR MCLENNAN COUNTY, KIM OGG, CRIMINAL DISTRICT ATTORNEY FOR HARRIS COUNTY, AND BRIAN MIDDLETON CRIMINAL DISTRICT ATTORNEY FOR FORT BEND COUNTY, EACH IN THEIR OFFICIAL CAPACITY, DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § |

## ORDER

On April 9, 2020, this court entered an Order Granting Plaintiffs' Second Motion for a Temporary Restraining Order (Dkt. #63). On April 20, 2020, the United States Court of Appeals for the Fifth Circuit issued an opinion on several Defendants' request for a writ of mandamus and directed this court to

> vacate any part of the April 9 TRO that (1) restrains enforcement of GA-09 as a "categorical ban on all abortions provided by Plaintiffs;" (2) restrains the Governor and Attorney General; (3) restrains enforcement of GA-09 after 11:59 p.m. on April 21, 2020; (4) restrains enforcement of GA-09 as to medication abortions; and (5) restrains enforcement of GA-09 as to abortions for patients who will reach 18 weeks LMP during the operation of GA-09 and would be "unlikely" to obtain abortion services in Texas.

*In re Abbott*, No. 20-50296 (April 20, 2020). Solely because of the circuit court's order, this court **VACATES** only the following portions of the court's April 9, 2020 Order:

any part of the April 9 TRO that (1) restrains enforcement of GA-09 as a "categorical ban on all abortions provided by Plaintiffs;" (2) restrains the Governor and Attorney General; (3) restrains enforcement of GA-09 after 11:59 p.m. on April 21, 2020; (4) restrains enforcement of GA-09 as to medication abortions; and (5) restrains enforcement of GA-09 as to abortions for patients who will reach 18 weeks LMP during the operation of GA-09 and would be "unlikely" to obtain abortion services in Texas.

In all other respects, the court's April 9, 2020 order remains in full force and effect.

SIGNED this 21st day of April, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE