**DX-15**

| | |
|---|---|
| **From:** | HHSC HFL Certification Coordinator |
| **To:** | Polin Barraza |
| **Subject:** | RE: Scanned AB Facility Letters _ ASC #130241; and ABO #140015 &, #140016 |
| **Attachments:** | image001.jpg |
| | HHSC - Facility Licensing .pdf |

Good evening,

The health care facility's certifications, under Executive Order GA-15, have been received for the licensed health care facilities listed below/attached.

Thank you,

Lisa

**From:** Polin Barraza <polin.barraza@ppsouthtexas.org>
**Sent:** Monday, April 20, 2020 4:39 PM
**To:** HHSC HFL Certification Coordinator <HFLCertificationCoordinator@hhsc.state.tx.us>
**Subject:** Scanned AB Facility Letters

---

**WARNING:** This email is from outside the HHS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

---

Dear Certificate Coordinator,

Attached please find certifications pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007.

These certifications apply to:

2140 Babcock Road, Suite 100, San Antonio, Texas 78229, Ambulatory Surgical Center License, License #130241

2140 Babcock Road, Suite 200, San Antonio, Texas 78229, Abortion Facility License, License, #140015

920 San Pedro Avenue, Suite 150, San Antonio, Texas 78212, Abortion Facility License, License, #140016

Thank you for your time.  We look forward to your response.

**Polin C Barraza**
**In This Together.**
*President*
**2140 Babcock Road l San Antonio, TX 78229**
P: (210) 736-2244 Ext. 334 | F: (210) 736-0011

C3 BOM Logo South Texas Surgical Center Horz PP Primary Blue.jpg

[Make an Appointment](). [Donate](). [Volunteer]().

The information in this email and any documents transmitted with it, are confidential, privileged and exempt from disclosure under applicable law. This email is intended to be read only by the individuals named in the email. If the reader of this email is not the intended recipient, you are hereby notified that any review, dissemination, or copy of this email or the information contained herein is prohibited. If you receive this email in error, please immediately notify the sender by reply email and delete this email from your system.

# Planned Parenthood®

Planned Parenthood South Texas Surgical Center

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

    *Re:* 2140 Babcock Road, Suite 100, San Antonio, Texas 78229, Ambulatory Surgical Center
    License, License #130241
    2140 Babcock Road, Suite 200, San Antonio, Texas 78229, Abortion Facility License,
    License, #140015
    920 San Pedro Avenue, Suite 150, San Antonio, Texas 78212, Abortion Facility License,
    License, #140016

Dear Health Facility Licensing Certification Coordinator,

    Attached please find certifications pursuant to Executive Order GA-15 and Health Facility
Licensing Guidance Letter No. GL 20-1007.

    As HHSC is aware, because Planned Parenthood South Texas Surgical Center's facilities
(the three facilities indicated above) are licensed abortion facilities, they do not have any hospital
capacity.

    Planned Parenthood South Texas Surgical Center understands that because it has submitted
the attached certifications, Executive Order GA-15's requirements relating to postponement of
certain surgeries and procedures do not apply to it. If HHSC has a contrary understanding, we
respectfully request that you advise us to that effect by no later than April 21, 2020, at 3:00 central
time.

Sincerely,

Polin C. Barraza, RN
President & Board Chair

# Planned Parenthood®

**Planned Parenthood South Texas Surgical Center**

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

*Re:* Planned Parenthood, Abortion Facility License, #140016

Dear Health Facility Licensing Certification Coordinator,

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood South Texas Surgical Center hereby provides the following certifications.

I, Polin C. Barraza, am the Planned Parenthood South Texas Surgical Center President, and as such have authority to bind Planned Parenthood South Texas Surgical Center's facility at 920 San Pedro Avenue, Suite 150, San Antonio, Texas 78212 in connection with the required certifications.

> (1) I certify, on behalf of Planned Parenthood South Texas Surgical Center, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and

> (2) I certify, on behalf of Planned Parenthood South Texas Surgical Center, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Polin C. Barraza, RN
President & Board Chair

**Planned Parenthood®**

**Planned Parenthood South Texas Surgical Center**

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

   *Re:* Planned Parenthood, Abortion Facility License, #140015

Dear Health Facility Licensing Certification Coordinator,

   Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood South Texas Surgical Center hereby provides the following certifications.

   I, Polin C. Barraza, am the Planned Parenthood South Texas Surgical Center President, and as such have authority to bind Planned Parenthood South Texas Surgical Center's facility at 2140 Babcock Road, Suite 200, San Antonio, Texas 78229 in connection with the required certifications.

     (1) I certify, on behalf of Planned Parenthood South Texas Surgical Center, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and

     (2) I certify, on behalf of Planned Parenthood South Texas Surgical Center, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Polin C. Barraza, RN
President & Board Chair

**Planned Parenthood®**

Planned Parenthood South Texas Surgical Center

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

     *Re:* Planned Parenthood South Texas Surgical Center, Ambulatory Surgical Center License, #130241

Dear Health Facility Licensing Certification Coordinator,

     Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood South Texas Surgical Center hereby provides the following certifications.

     I, Polin C. Barraza, am the Planned Parenthood South Texas Surgical Center President, and as such have authority to bind Planned Parenthood South Texas Surgical Center's facility at 2140 Babcock Road, Suite 100, San Antonio, Texas 78229 in connection with the required certifications.

          (1) I certify, on behalf of Planned Parenthood South Texas Surgical Center, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and

          (2) I certify, on behalf of Planned Parenthood South Texas Surgical Center, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Polin C. Barraza, RN
President & Board Chair

| | |
|---|---|
| **From:** | HHSC HFL Certification Coordinator |
| **To:** | Jessica Klier |
| **Subject:** | RE: Austin Women"s Health Center, Licensed Abortion Facility, 007882 |
| **Attachments:** | SKM_C45820042015350.pdf |

Good evening,

The health care facility's certification, under Executive Order GA-15, has been received.

Thank you,

Lisa

**From:** Jessica Klier <jklier@brooksidewomensmedical.com>
**Sent:** Monday, April 20, 2020 3:44 PM
**To:** HHSC HFL Certification Coordinator <HFLCertificationCoordinator@hhsc.state.tx.us>
**Cc:** Jessica Klier <jklier@brooksidewomensmedical.com>
**Subject:** Austin Women's Health Center, Licensed Abortion Facility, 007882

**WARNING:** This email is from outside the HHS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

Please see the attached letter and certification.

Thank you,

Jessica Klier

**Jessica M. Klier**
Administrator
Austin Women's Health Center
1902 S. IH 35
Austin, TX 78704

512.443.9595 office
512.394.2380 cell



# AUSTIN WOMEN'S
## HEALTH CENTER

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

      *Re:* Austin Women's Health Center, Licensed Abortion Facility, 007882

Dear Health Facility Licensing Certification Coordinator,

      Attached please find certifications pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007.

      As HHSC is aware, because Austin Women's Health Center is a licensed abortion facility, it does not have any hospital capacity.

      Austin Women's Health Center understands that because it has submitted the attached certifications, Executive Order GA-15's requirements relating to postponement of certain surgeries and procedures do not apply to it. If HHSC has a contrary understanding, we respectfully request that you advise me to that effect by no later than April 21, 2020 at 3:00 central time.

      Sincerely,

*Jessica Klier*

Jessica Klier



# AUSTIN WOMEN'S
## HEALTH CENTER

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

*Re:* Austin Women's Health Center, Licensed Abortion Facility, 007882

Dear Health Facility Licensing Certification Coordinator,

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Austin Women's Health Center hereby provides the following certifications.

I, Jessica Klier, am the Administrator, and as such have authority to bind Austin Women's Health Center in connection with the required certifications.

(1) I certify, on behalf of Austin Women's Health Center, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and

(2) I certify, on behalf of Austin Women's Health Center, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Jessica Klier
Jessica Klier

2

| From: | HHSC HFL Certification Coordinator |
|---|---|
| To: | Marva Sadler |
| Cc: | Soraya Dadras; Veronica Montoya; Andrea Ferrigno |
| Subject: | ACTION NEEDED_ RE: Executive Order GA-15 Licensed Health Care Facilities Certification |
| Attachments: | image002.jpg |
| | McAllen 2020-04-20 Letter re GA-15.docx |
| | Fort Worth 2020-04-20 Letter re GA-15.docx |
| | Austin 2020-04-20 Letter re GA-15.docx |
| Importance: | High |

Good evening,
The certification letters must be signed by the administrator or other deemed individual, etc. as instructed on GL 20-1007. Please have them signed and resubmit. Also, to facilitate processing please include the facility name and license number in the subject line as indicated in the guidance letter.

Thank you,
Lisa

---

**From:** Marva Sadler <marva@wholewomanshealth.com>
**Sent:** Monday, April 20, 2020 4:41 PM
**To:** HHSC HFL Certification Coordinator <HFLCertificationCoordinator@hhsc.state.tx.us>
**Cc:** Soraya Dadras <sdadras@wholewomanshealth.com>; Veronica Montoya <vmontoya@wholewomanshealth.com>; Andrea Ferrigno <andrea@wholewomanshealth.com>
**Subject:** Executive Order GA-15 Licensed Health Care Facilities Certification

> **WARNING:** This email is from outside the HHS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

Good afternoon,

Please fid the GA-15 Licensed Health Care Facilities Certification for Whole Woman's Health Alliance, Whole Woman's Health of Fort Worth and Whole Woman's Health of McAllen.
If there are any further questions, please feel free to reach out using the contact information below.

Thank you,
Marva N. Sadler
Director of Clinical Services
marva@wholewomanshealth.com
512-835-6858
Pronouns She/Her/Hers

Whole Woman's Health, LLC
*Changing the World, One Woman at a Time*
www.wholewomanshealth.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may

contain material protected by HIPAA legislation (45 CFR, Parts 160 and 164). If you are not the intended recipient or the person responsible for delivering this email to the intended recipient, be advised that you have received this email in error and that any use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this email in error, please notify the sender via telephone (Administration: 512-835-6858) or by return e-mail and destroy all copies of the original message.



**Whole Woman's Health of Austin**
4100 Duval Rd
Austin, TX 78759

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

*Re:*    Whole Woman's Health of Austin
          Licensed Abortion Facility N.# 140013

Dear Health Facility Licensing Certification Coordinator:

Attached please find a certification pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007.

As HHSC is aware, because Whole Woman's Health of Austin is a licensed abortion facility, it does not have any hospital capacity.

Whole Woman's Health of Austin understands that because it has submitted the attached certification, Executive Order GA-15's requirements relating to postponement of certain surgeries and procedures do not apply to it.

If HHSC has a contrary understanding, we respectfully request that you advise us to that effect by no later than April 21, 2020 at 3:00 p.m.

Sincerely,

Soraya Dadras Clinic Administrator
sdadras@wholewomanshealth.com



**Whole Woman's Health of Austin**
4100 Duval Rd
Austin, TX 78759


April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347


      *Re:*    Whole Woman's Health of Austin
               Licensed Abortion Facility N.# 140013


Dear Health Facility Licensing Certification Coordinator:

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Whole Woman's Health of Austin hereby provides the following certifications:

I, Soraya Dadras, am the Administrator of Whole Woman's Health of Austin and as such have authority to bind Whole Woman's Health of Austin in connection with the required certifications.

(1) I certify, on behalf of Whole Woman's Health of Austin, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

(2) I certify, on behalf of Whole Woman's Health of Austin, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.


Sincerely,

Soraya Dadras, Clinic Administrator
Sdadras@wholewomanshealth.com

**Whole Woman's Health of Fort Worth, LLC**
3256 Lackland Rd
Fort Worth, TX  76116

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

> *Re:*   Whole Woman's Health of Fort Worth, LLC
>        Licensed Abortion Facility N.# 140000

Dear Health Facility Licensing Certification Coordinator:

Attached please find a certification pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007.

As HHSC is aware, because Whole Woman's Health of Fort Worth, LLC is a licensed abortion facility, it does not have any hospital capacity.

Whole Woman's Health of Fort Worth, LLC understands that because it has submitted the attached certification, Executive Order GA-15's requirements relating to postponement of certain surgeries and procedures do not apply to it.

If HHSC has a contrary understanding, we respectfully request that you advise us to that effect by no later than April 21, 2020 at 3:00 p.m.

Sincerely,

Marva Sadler Clinic Administrator
marva@wholewomanshealth.com

**Whole Woman's Health of Fort Worth, LLC**
3256 Lackland Rd
Fort Worth, TX  76116

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

> *Re:*   Whole Woman's Health of Fort Worth, LLC
>           Licensed Abortion Facility N.# 140000

Dear Health Facility Licensing Certification Coordinator:

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Whole Woman's Health of Fort Worth, LLC hereby provides the following certifications:

I, Marva Sadler, am the Administrator of Whole Woman's Health of Fort Worth, LLC and as such have authority to bind Whole Woman's Health of Fort Worth, LLC in connection with the required certifications.

(1) I certify, on behalf of Whole Woman's Health of Fort Worth, LLC, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

(2) I certify, on behalf of Whole Woman's Health of Fort Worth, LLC, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Marva Sadler, Clinic Administrator
marva@wholewomanshealth.com



**Whole Woman's Health of Fort Worth, LLC**
3256 Lackland Rd
Fort Worth, TX  76116



**Whole Woman's Health of McAllen, LLC**
802 South Main St.
McAllen, TX 78501

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

> *Re:*    Whole Woman's Health of McAllen, LLC
>           Licensed Abortion Facility N.# 008036

Dear Health Facility Licensing Certification Coordinator:

Attached please find a certification pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007.

As HHSC is aware, because Whole Woman's Health of McAllen, LLC is a licensed abortion facility, it does not have any hospital capacity.

Whole Woman's Health of McAllen, LLC understands that because it has submitted the attached certification, Executive Order GA-15's requirements relating to postponement of certain surgeries and procedures do not apply to it.

If HHSC has a contrary understanding, we respectfully request that you advise us to that effect by no later than April 21, 2020 at 3:00 p.m.

Sincerely,

Veronica Montoya, Clinic Administrator
vmontota@wholewomanshealth.com

 **Whole Woman's Health of McAllen, LLC**
802 South Main St.
McAllen, TX 78501

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

      *Re:*    Whole Woman's Health of McAllen, LLC
                Licensed Abortion Facility N.# 008036

Dear Health Facility Licensing Certification Coordinator:

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Whole Woman's Health of McAllen  hereby provides the following certifications:

I, Veronica Montoya, am the Administrator of Whole Woman's Health of McAllen, LLC and as such have authority to bind Whole Woman's Health of McAllen, LLC in connection with the required certifications.

    (1) I certify, on behalf of Whole Woman's Health of McAllen, LLC, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

    (2) I certify, on behalf of Whole Woman's Health of McAllen, LLC, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Veronica Montoya, Clinic Administrator
vmontota@wholewomanshealth.com

| | |
|---|---|
| **From:** | HHSC HFL Certification Coordinator |
| **To:** | HWC San Jacinto |
| **Subject:** | RE: GL 20-1007 Certification_ Houston Women"s Clinic, Licensed Abortion Facility, License# 007326 |
| **Attachments:** | HWC_GL 20-1007 Cert.pdf |

Good evening,

The health care facility's certification, under Executive Order GA-15, has been received.

Thank you,

Lisa

---

**From:** HWC San Jacinto <houstonwomensclinic@gmail.com>
**Sent:** Monday, April 20, 2020 3:56 PM
**To:** HHSC HFL Certification Coordinator <HFLCertificationCoordinator@hhsc.state.tx.us>
**Subject:** GL 20-1007 Certification

> **WARNING:** This email is from outside the HHS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

Dear Health Facility Licensing Certification Coordinator,

Please find the certifications attached to this email RE: Executive Order GA-15.  Please let us know if you have any questions.

Sincerely,

Sheila Venkatesh
Clinic Director

--
***Confidentiality Notice:  This email message, including any attachments, is for the sole use of intended recipient (s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

# Houston Women's Clinic
4820 San Jacinto
Houston, Texas 77004
713-868-4483
800-646-4483
713-524-0702 Fax
www.houstonwomensclinic.com

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

April 20, 2020

      *Re:* Houston Women's Clinic, Licensed Abortion Facility, License # 007326

Dear Health Facility Licensing Certification Coordinator,

      Attached please find certifications pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007.

      As HHSC is aware, because Houston Women's Clinic is a licensed abortion facility, it does not have any hospital capacity.

      Houston Women's Clinic understands that because it has submitted the attached certifications, Executive Order GA-15's requirements relating to postponement of certain surgeries and procedures do not apply to it. If HHSC has a contrary understanding, we respectfully request that you advise us to that effect by no later than April 21, 2020 at 3:00 central time.

      Sincerely,

      *B. Rosfeld M D*

      Bernard L. Rosenfeld, M.D., Ph.D.
      Medical Director

# Houston Women's Clinic
4820 San Jacinto
Houston, Texas 77004
713-868-4483
800-646-4483
713-524-0702 Fax
www.houstonwomensclinic.com

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

April 20, 2020

     *Re:* Houston Women's Clinic, Licensed Abortion Facility, License # 007326

Dear Health Facility Licensing Certification Coordinator:

     Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Houston Women's Clinic hereby provides the following certifications.

     I, Dr. Bernard L. Rosenfeld, am the Medical Director of Houston Women's Clinic, and as such have authority to bind Houston Women's Clinic in connection with the required certifications.

     I certify, on behalf of Houston Women's Clinic, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and

     I certify, on behalf of Houston Women's Clinic, that this facility will not request any personal protective equipment from any public source whether federal, state, or local, for the duration of the COVID-19 disaster.

Regards,

Bernard L. Rosenfeld, M.D., Ph.D.
Medical Director

| From: | HHSC HFL Certification Coordinator |
|---|---|
| To: | alicia@southwesternwomens.com |
| Subject: | Southwestern Women"s Surgery Center, Ambulatory Surgery Center, # 130019 |
| Attachments: | image001.png |
| | SWSC LETTER TO HHSC - 2.pdf |

Good evening,

The health care facility's certification, under Executive Order GA-15, has been received.

Thank you,

Lisa

**From:** Alicia Dewitt-Dick <alicia@southwesternwomens.com>
**Sent:** Monday, April 20, 2020 3:53 PM
**To:** HHSC HFL Certification Coordinator <HFLCertificationCoordinator@hhsc.state.tx.us>
**Subject:** Executive Order GA-15 Licensed Health Care Facilities Certification

**WARNING:** This email is from outside the HHS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

To Whom It May Concern,

Please see attached documents in response to Executive Order GA-15.

Kindest Regards,



Alicia DeWitt-Dick, MS
Administrator
Pronouns: she/her/hers
Southwestern Women's Surgery Center
Telephone (214) 742-9310
Fax (214) 969-9468
www.southwesternwomens.com

 Please don't print this e-mail unless you really need to.

❑❑❑ **Confidentiality Notice** ❑❑❑

**The documents accompanying this telecopy transmission contains confidential information belonging to the sender that is legally privileged.  This information is intended only for the use of the individual or entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for the return of these documents.**



# Southwestern Women's Surgery Center

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347 Austin, TX 78714-9347

    *Re: Southwestern Women's Surgery Center, Ambulatory Surgery Center, License #130019*

Dear Health Facility Licensing Certification Coordinator,

    Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Southwestern Women's Surgery Center hereby provides the following certifications.

    I, Alicia DeWitt-Dick, am the facility/ASC's administrator and as such have authority to bind Southwestern Women's Surgery Center in connection with the required certifications.

    (1) I certify, on behalf of Southwestern Women's Surgery Center, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and

    (2) I certify, on behalf of Southwestern Women's Surgery Center, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Alicia DeWitt-Dick, MS
Administrator
Southwestern Women's Surgery Center

| From: | HHSC HFL Certification Coordinator |
|---|---|
| To: | White, Kasia |
| Cc: | McKinney, Sheila |
| Subject: | RE: Executive Order GA-15 certifications_ Re: Planned Parenthood of Greater Texas Surgical Health Services, ASC licenses, #130121, #130193, #130148 and abortion licenses, #140018, #140017 and #140010. |
| Attachments: | Executive Order GA-15 Licensed Health Care Facilities Certification signed.pdf |

Good morning,
The health care facility's certifications, under Executive Order GA-15, have been received for:
Planned Parenthood of Greater Texas Surgical Health Services,
ASC licenses: #130121, #130193, #130148 and
Abortion licenses: #140018, #140017 and #140010.


Thank you,
Lisa

**From:** White, Kasia <kasia.white@ppgt.org>
**Sent:** Tuesday, April 21, 2020 8:11 AM
**To:** HHSC HFL Certification Coordinator <HFLCertificationCoordinator@hhsc.state.tx.us>
**Cc:** McKinney, Sheila <Sheila.McKinney@ppgt.org>
**Subject:** Executive Order GA-15 certifications

**WARNING:** This email is from outside the HHS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

Dear Health Facility Licensing Certification Coordinator,

Attached please find certifications pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007 for the abortion facilities and ASCs maintained and operated by Planned Parenthood of Greater Texas Surgical Health Services.

Planned Parenthood of Greater Texas Surgical Health Services does not have any hospital capacity. Planned Parenthood of Greater Texas Surgical Health Services understands that because it has submitted the attached certifications, Executive Order GA-15's requirements relating to postponement of certain surgeries and procedures do not apply to it.

Kasia White RN, BSN
Vice President of Quality, Risk Management & Training
Planned Parenthood of Greater Texas
201-B East Ben White Blvd.
Austin, TX 78704
512-276-8077

Image removed by sender.

**DISCLAIMER:**

This e-mail is for the sole use of the intended recipient(s) and contains information belonging to Planned Parenthood of Greater Texas, which is confidential and/or legally privileged. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and destroy all copies of the original message.




April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347


     *Re:* Planned Parenthood of Greater Texas Surgical Health Services, ASC licenses, #130121, #130193, #130148 and abortion licenses, #140018, #140017 and #140010.


Dear Health Facility Licensing Certification Coordinator,

     Attached please find certifications pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007.

     As HHSC is aware, because Planned Parenthood of Greater Texas Surgical Health Services maintains and operates licensed abortion facilities and ASCs, it does not have any hospital capacity.

     Planned Parenthood of Greater Texas Surgical Health Services understands that because it has submitted the attached certifications, Executive Order GA-15's requirements relating to postponement of certain surgeries and procedures do not apply to it. If HHSC has a contrary understanding, we respectfully request that you advise us to that effect by no later than April 21, 2020, at 3:00 central time.

                 Sincerely,

                 Ken Lambrecht
                 President and Chief Executive Officer

Serving Central and North Texas





Planned Parenthood of Greater Texas

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

*Re:* Planned Parenthood of Greater Texas Surgical Health Services, ASC license, #130121.

Dear Health Facility Licensing Certification Coordinator,

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood of Greater Texas Surgical Health Services hereby provides the following certifications.

I, Ken Lambrecht, am the facility/ASC's president and Chief Executive Officer, and as such have authority to bind Planned Parenthood of Greater Texas Surgical Health Services in connection with the required certifications.

(1) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

(2) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Ken Lambrecht
President and Chief Executive Officer

Serving Central and North Texas




April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

Re: Planned Parenthood of Greater Texas Surgical Health Services, ASC license, #130193.

Dear Health Facility Licensing Certification Coordinator,

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood of Greater Texas Surgical Health Services hereby provides the following certifications.

I, Ken Lambrecht, am the facility/ASC's president and Chief Executive Officer, and as such have authority to bind Planned Parenthood of Greater Texas Surgical Health Services in connection with the required certifications.

(1)     I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

(2)     I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Ken Lambrecht
President and Chief Executive Officer

Serving Central and North Texas





Planned Parenthood of Greater Texas

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

     *Re:* Planned Parenthood of Greater Texas Surgical Health Services, ASC license, #130148.

Dear Health Facility Licensing Certification Coordinator,

     Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood of Greater Texas Surgical Health Services hereby provides the following certifications.

     I, Ken Lambrecht, am the facility/ASC's president and Chief Executive Officer, and as such have authority to bind Planned Parenthood of Greater Texas Surgical Health Services in connection with the required certifications.

(1) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

(2) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

     Sincerely,

*Ken Lambrecht*

Ken Lambrecht
President and Chief Executive Officer

Serving Central and North Texas




April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

*Re:* Planned Parenthood of Greater Texas Surgical Health Services, abortion facility license, #140018.

Dear Health Facility Licensing Certification Coordinator,

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood of Greater Texas Surgical Health Services hereby provides the following certifications.

I, Ken Lambrecht, am the facility/ASC's president and Chief Executive Officer, and as such have authority to bind Planned Parenthood of Greater Texas Surgical Health Services in connection with the required certifications.

(1) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and

(2) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Ken Lambrecht

Ken Lambrecht
President and Chief Executive Officer




April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

*Re:* Planned Parenthood of Greater Texas Surgical Health Services, abortion facility license, #140017.

Dear Health Facility Licensing Certification Coordinator,

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood of Greater Texas Surgical Health Services hereby provides the following certifications.

I, Ken Lambrecht, am the facility/ASC's president and Chief Executive Officer, and as such have authority to bind Planned Parenthood of Greater Texas Surgical Health Services in connection with the required certifications.

(1) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

(2) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

*Ken Lambrecht*

Ken Lambrecht
President and Chief Executive Officer

Serving Central and North Texas




Planned Parenthood of Greater Texas

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

      *Re:* Planned Parenthood of Greater Texas Surgical Health Services, abortion facility license, #140010.

Dear Health Facility Licensing Certification Coordinator,

      Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood of Greater Texas Surgical Health Services hereby provides the following certifications.

      I, Ken Lambrecht, am the facility/ASC's president and Chief Executive Officer, and as such have authority to bind Planned Parenthood of Greater Texas Surgical Health Services in connection with the required certifications.

    (1) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

    (2) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

                       Sincerely,

                       Ken Lambrecht
                       President and Chief Executive Officer





Planned Parenthood of Greater Texas

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

    *Re:* Planned Parenthood of Greater Texas Surgical Health Services, ASC licenses, #130121, #130193, #130148 and abortion licenses, #140018, #140017 and #140010.

Dear Health Facility Licensing Certification Coordinator,

    Attached please find certifications pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007.

    As HHSC is aware, because Planned Parenthood of Greater Texas Surgical Health Services maintains and operates licensed abortion facilities and ASCs, it does not have any hospital capacity.

    Planned Parenthood of Greater Texas Surgical Health Services understands that because it has submitted the attached certifications, Executive Order GA-15's requirements relating to postponement of certain surgeries and procedures do not apply to it. If HHSC has a contrary understanding, we respectfully request that you advise us to that effect by no later than April 21, 2020, at 3:00 central time.

    Sincerely,

*Ken Lambrecht*

Ken Lambrecht
President and Chief Executive Officer

Serving Central and North Texas





Planned Parenthood of Greater Texas

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

> *Re:* Planned Parenthood of Greater Texas Surgical Health Services, ASC license, #130121.

Dear Health Facility Licensing Certification Coordinator,

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood of Greater Texas Surgical Health Services hereby provides the following certifications.

I, Ken Lambrecht, am the facility/ASC's president and Chief Executive Officer, and as such have authority to bind Planned Parenthood of Greater Texas Surgical Health Services in connection with the required certifications.

(1) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and

(2) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

*Ken Lambrecht*

Ken Lambrecht
President and Chief Executive Officer

Serving Central and North Texas




Planned Parenthood of Greater Texas

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

    Re: Planned Parenthood of Greater Texas Surgical Health Services, ASC license, #130193.

Dear Health Facility Licensing Certification Coordinator,

    Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood of Greater Texas Surgical Health Services hereby provides the following certifications.

    I, Ken Lambrecht, am the facility/ASC's president and Chief Executive Officer, and as such have authority to bind Planned Parenthood of Greater Texas Surgical Health Services in connection with the required certifications.

    (1)    I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

    (2)    I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

    Sincerely,

    Ken Lambrecht
    President and Chief Executive Officer

Serving Central and North Texas





**Planned Parenthood of Greater Texas**

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

      *Re:* Planned Parenthood of Greater Texas Surgical Health Services, ASC license, #130148.

Dear Health Facility Licensing Certification Coordinator,

      Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood of Greater Texas Surgical Health Services hereby provides the following certifications.

      I, Ken Lambrecht, am the facility/ASC's president and Chief Executive Officer, and as such have authority to bind Planned Parenthood of Greater Texas Surgical Health Services in connection with the required certifications.

(1) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

(2) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

      Sincerely,

Ken Lambrecht
President and Chief Executive Officer

Serving Central and North Texas




Planned Parenthood of Greater Texas

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

      *Re:* Planned Parenthood of Greater Texas Surgical Health Services, abortion facility license, #140018.

Dear Health Facility Licensing Certification Coordinator,

      Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood of Greater Texas Surgical Health Services hereby provides the following certifications.

      I, Ken Lambrecht, am the facility/ASC's president and Chief Executive Officer, and as such have authority to bind Planned Parenthood of Greater Texas Surgical Health Services in connection with the required certifications.

(1) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and

(2) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

      Sincerely,

*Ken Lambrecht*

Ken Lambrecht
President and Chief Executive Officer

 

Planned Parenthood of Greater Texas

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

*Re:* Planned Parenthood of Greater Texas Surgical Health Services, abortion facility license, #140017.

Dear Health Facility Licensing Certification Coordinator,

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood of Greater Texas Surgical Health Services hereby provides the following certifications.

I, Ken Lambrecht, am the facility/ASC's president and Chief Executive Officer, and as such have authority to bind Planned Parenthood of Greater Texas Surgical Health Services in connection with the required certifications.

(1) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

(2) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Ken Lambrecht
President and Chief Executive Officer





April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

      *Re:* Planned Parenthood of Greater Texas Surgical Health Services, abortion facility license, #140010.

Dear Health Facility Licensing Certification Coordinator,

      Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood of Greater Texas Surgical Health Services hereby provides the following certifications.

      I, Ken Lambrecht, am the facility/ASC's president and Chief Executive Officer, and as such have authority to bind Planned Parenthood of Greater Texas Surgical Health Services in connection with the required certifications.

    (1) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

    (2) I certify, on behalf of Planned Parenthood of Greater Texas Surgical Health Services, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

                   Sincerely,

                   Ken Lambrecht
                   President and Chief Executive Officer

| | |
|---|---|
| **From:** | HHSC HFL Certification Coordinator |
| **To:** | Gottlieb, Kathryn (Katie Beth) |
| **Subject:** | RE: Executive Order GA-15 Licensed Health Care Facilities Certifications_ ASC License # 130061 & ABO License # 140014 |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | PPCFC HHSC Certifications 04.21.2020.pdf |

Good morning,

The health care facility's certifications, under Executive Order GA-15, have been received.

Thank you,

Lisa

**From:** Gottlieb, Kathryn (Katie Beth) <Kathryn.Gottlieb@ppgulfcoast.org>
**Sent:** Monday, April 20, 2020 9:30 PM
**To:** HHSC HFL Certification Coordinator <HFLCertificationCoordinator@hhsc.state.tx.us>
**Subject:** Executive Order GA-15 Licensed Health Care Facilities Certifications

**WARNING:** This email is from outside the HHS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

Dear Health Facility Licensing Certification Coordinator,

Please see the attached health care facility certifications, and contact me if you have any questions.

Best,
Katie Beth



**Katie Beth Gottlieb, JD, MPH**
Pronouns: she, her, hers (*learn more*)
*General Counsel & Chief Compliance Officer*
Planned Parenthood
4600 Gulf Freeway
Houston, TX 77023
PH: 713.831.6517
CELL: 832.274.2084
FAX: 713.535.2517
INTEGRITY HOTLINE: 1-877-778-5463
www.ppgulfcoast.org

  

*This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you many not use, copy or disclose to anyone the message or any information contained in the message. If you have*

*received the message in error, please advise the sender by replying and delete the message.*

**Planned**
**Parenthood**®
Care. No matter what.

4600 Gulf Freeway, Ste. 300
Houston, TX 77023
p: 713.535.2400
f: 713.535.2418
www.ppcenterforchoice.org

Planned Parenthood Center for Choice

April 20, 2020

VIA EMAIL TO HFLCERTIFICATIONCOORDINATOR@HHSC.STATE.TX.US

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

Re:   Planned Parenthood Center for Choice ASC, Ambulatory Surgical Center, License # 130061
      Planned Parenthood Center for Choice Stafford, Abortion Facility, License # 140014

Dear Health Facility Licensing Certification Coordinator,

Attached please find certifications pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007.

As HHSC is aware, because Planned Parenthood Center for Choice ASC and Planned Parenthood Center for Choice Stafford are a licensed ambulatory surgical center and a licensed abortion facility respectively, they do not have any hospital capacity.

Planned Parenthood Center for Choice ASC and Planned Parenthood Center for Choice Stafford understand that because they have submitted the attached certifications, Executive Order GA-15's requirements relating to postponement of certain surgeries and procedures do not apply to them. If HHSC has a contrary understanding, we respectfully request that you advise us to that effect by no later than April 21, 2020, at 3:00 p.m. CST.

Sincerely,

Melaney A. Linton
President & CEO
Planned Parenthood Center for Choice, Inc.

Enclosures



4600 Gulf Freeway, Ste. 300
Houston, TX 77023
p: 713.535.2400
f: 713.535.2418
www.ppcenterforchoice.org

Planned Parenthood Center for Choice

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

Re:    Planned Parenthood Center for Choice ASC, Ambulatory Surgical Center, License # 130061

Dear Health Facility Licensing Certification Coordinator,

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood Center for Choice ASC hereby provides the following certifications.

I, Melaney A. Linton, am the ASC's President & CEO, and as such have authority to bind Planned Parenthood Center for Choice ASC in connection with the required certifications.

(1)    I certify, on behalf of Planned Parenthood Center for Choice ASC, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and

(2)    I certify, on behalf of Planned Parenthood Center for Choice ASC, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Melaney A. Linton
President & CEO
Planned Parenthood Center for Choice, Inc.



4600 Gulf Freeway, Ste. 300
Houston, TX 77023
p: 713.535.2400
f: 713.535.2418
www.ppcenterforchoice.org

Planned Parenthood Center for Choice

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

Re:   Planned Parenthood Center for Choice Stafford, Abortion Facility, License # 140014

Dear Health Facility Licensing Certification Coordinator,

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Planned Parenthood Center for Choice Stafford hereby provides the following certifications.

I, Melaney A. Linton, am the facility's President & CEO, and as such have authority to bind Planned Pareuthood Center for Choice Stafford in connection with the required certificatious.

(1)     I certify, on behalf of Planned Parenthood Center for Choice Stafford, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

(2)     I certify, on behalf of Planned Parenthood Center for Choice Stafford, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Melaney A. Linton
President & CEO
Planned Parenthood Center for Choice, Inc.

| | |
|---|---|
| **From:** | HHSC HFL Certification Coordinator |
| **To:** | Marva Sadler |
| **Cc:** | Andrea Ferrigno; Veronica Montoya |
| **Subject:** | RE: GA-15 Licensed Health Care Facilities Certification for Whole Woman"s Health of McAllen ABO License Number 008036 |
| **Attachments:** | image002.jpg |
| | McAllen 2020-04-20 Letter re GA-15 final.pdf |

Good afternoon,

The health care facility's certification, under Executive Order GA-15, has been received.

Thank you,

Lisa

**From:** Marva Sadler <marva@wholewomanshealth.com>
**Sent:** Tuesday, April 21, 2020 11:20 AM
**To:** HHSC HFL Certification Coordinator <HFLCertificationCoordinator@hhsc.state.tx.us>
**Cc:** Andrea Ferrigno <andrea@wholewomanshealth.com>; Veronica Montoya
<vmontoya@wholewomanshealth.com>
**Subject:** GA-15 Licensed Health Care Facilities Certification for Whole Woman's Health of McAllen
ABO License Number 008036

---

**WARNING:** This email is from outside the HHS system. Do not click on links or attachments
unless you expect them from the sender and know the content is safe.

---

Good afternoon,


Please find the GA-15 Licensed Health Care Facilities Certification for Whole Woman's Health of
McAllen.

If there are any further questions, please feel free to reach out using the contact information below.


Marva N. Sadler
Director of Clinical Services
marva@wholewomanshealth.com
817-889-4247
Pronouns She/Her/Hers


Whole Woman's Health, LLC
*Changing the World, One Woman at a Time*
www.wholewomanshealth.com

This email and any files transmitted with it are confidential and are intended solely for the
use of the individual or entity to which they are addressed. This communication may
contain material protected by HIPAA legislation (45 CFR, Parts 160 and 164). If you are not
the intended recipient or the person responsible for delivering this email to the intended
recipient, be advised that you have received this email in error and that any use, disclosure,

copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this email in error, please notify the sender via telephone (Administration: 512-835-6858) or by return e-mail and destroy all copies of the original message.

| **From:** | HHSC HFL Certification Coordinator |
| **To:** | Marva Sadler |
| **Cc:** | Andrea Ferrigno |
| **Subject:** | RE: GA-15 Licensed Health Care Facilities Certification for Whole Woman"s Health of Fort Worth_ ABO License Number 140000 |
| **Attachments:** | image002.jpg |
| | Fort Worth 2020-04-20 Letter re GA-15.docx |

Good morning,

The health care facility's certification, under Executive Order GA-15, has been received.

Thank you,

Lisa

**From:** Marva Sadler <marva@wholewomanshealth.com>

**Sent:** Tuesday, April 21, 2020 9:32 AM

**To:** HHSC HFL Certification Coordinator <HFLCertificationCoordinator@hhsc.state.tx.us>

**Cc:** Andrea Ferrigno <andrea@wholewomanshealth.com>

**Subject:** GA-15 Licensed Health Care Facilities Certification for Whole Woman's Health of Fort Worth License Number 140000

**WARNING:** This email is from outside the HHS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

Good morning,

Please fid the GA-15 Licensed Health Care Facilities Certification for Whole Woman's Health of Fort Worth.

If there are any further questions, please feel free to reach out using the contact information below.

Marva N. Sadler
Director of Clinical Services
marva@wholewomanshealth.com
817-889-4247
Pronouns She/Her/Hers

 Whole Woman's Health, LLC
*Changing the World, One Woman at a Time*
www.wholewomanshealth.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by HIPAA legislation (45 CFR, Parts 160 and 164). If you are not the intended recipient or the person responsible for delivering this email to the intended recipient, be advised that you have received this email in error and that any use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this email in error, please notify the

sender via telephone (Administration: 512-835-6858) or by return e-mail and destroy all copies of the original message.

**Whole Woman's Health of Fort Worth, LLC**
3256 Lackland Rd
Fort Worth, TX  76116

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

       *Re:*    Whole Woman's Health of Fort Worth, LLC
                Licensed Abortion Facility N.# 140000

Dear Health Facility Licensing Certification Coordinator:

      Attached please find a certification pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007.

      As HHSC is aware, because Whole Woman's Health of Fort Worth, LLC is a licensed abortion facility, it does not have any hospital capacity.

      Whole Woman's Health of Fort Worth, LLC understands that because it has submitted the attached certification, Executive Order GA-15's requirements relating to postponement of certain surgeries and procedures do not apply to it.

      If HHSC has a contrary understanding, we respectfully request that you advise us to that effect by no later than April 21, 2020 at 3:00 p.m.

Sincerely,

*Marva N. Sadler*

Marva Sadler Clinic Administrator
marva@wholewomanshealth.com



**Whole Woman's Health of Fort Worth, LLC**
3256 Lackland Rd
Fort Worth, TX  76116

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

   *Re:* Whole Woman's Health of Fort Worth, LLC
     Licensed Abortion Facility N.# 140000

Dear Health Facility Licensing Certification Coordinator:

  Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Whole Woman's Health of Fort Worth, LLC hereby provides the following certifications:

  I, Marva Sadler, am the Administrator of Whole Woman's Health of Fort Worth, LLC and as such have authority to bind Whole Woman's Health of Fort Worth, LLC in connection with the required certifications.

   (1) I certify, on behalf of Whole Woman's Health of Fort Worth, LLC, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-l9 patients; and

   (2) I certify, on behalf of Whole Woman's Health of Fort Worth, LLC, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Marva N. Sadler

Marva Sadler, Clinic Administrator
marva@wholewomanshealth.com



**Whole Woman's Health of Fort Worth, LLC**
3256 Lackland Rd
Fort Worth, TX  76116

| **From:** | HHSC HFL Certification Coordinator |
| **To:** | Marva Sadler |
| **Cc:** | Soraya Dadras; Andrea Ferrigno |
| **Subject:** | RE: GA-15 Licensed Health Care Facilities Certification for Whole Woman"s Health of Austin License Number 140013 |
| **Attachments:** | Austin 04-20-20 GA-15 Certification.pdf |

Good morning,

The health care facility's certification, under Executive Order GA-15, has been received.

Thank you,

Lisa

---

**From:** Marva Sadler <marva@wholewomanshealth.com>

**Sent:** Wednesday, April 22, 2020 6:26 AM

**To:** HHSC HFL Certification Coordinator <HFLCertificationCoordinator@hhsc.state.tx.us>

**Cc:** Soraya Dadras <sdadras@wholewomanshealth.com>; Andrea Ferrigno <andrea@wholewomanshealth.com>

**Subject:** RE: GA-15 Licensed Health Care Facilities Certification for Whole Woman's Health of Austin License Number 140013

> **WARNING:** This email is from outside the HHS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

Good morning,

I am resubmitting the GA-15 Licensed Care Facilities Certification for Whole Woman's Health of Austin. We did not receive the confirmation email that it was received and would like to follow up to ensure that it has been processed correctly.

Thank you for your assistance, and if there are any further questions or concerns, please feel free tor each out.

Thank you,
Marva N. Sadler
Director of Clinical Services
marva@wholewomanshealth.com
512-835-6858
Pronouns She/Her/Hers

 Whole Woman's Health, LLC
*Changing the World, One Woman at a Time*
www.wholewomanshealth.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by HIPAA legislation (45 CFR, Parts 160 and 164). If you are not the intended recipient or the person responsible for delivering this email to the intended recipient, be advised that you have received this email in error and that any use, disclosure,

copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this email in error, please notify the sender via telephone (Administration: 512-835-6858) or by return e-mail and destroy all copies of the original message.

---

**From:** Marva Sadler
**Sent:** Tuesday, April 21, 2020 9:33 AM
**To:** HFLCertificationCoordinator@hhsc.state.tx.us
**Cc:** Soraya Dadras <sdadras@wholewomanshealth.com>; Andrea Ferrigno <andrea@wholewomanshealth.com>
**Subject:** GA-15 Licensed Health Care Facilities Certification for Whole Woman's Health of Austin License Number 140013

Good morning,

Please fid the GA-15 Licensed Health Care Facilities Certification for Whole Woman's Health of Austin.
If there are any further questions, please feel free to reach out using the contact information below.

Marva N. Sadler
Director of Clinical Services
marva@wholewomanshealth.com
817-889-4247
Pronouns She/Her/Hers

 Whole Woman's Health, LLC
*Changing the World, One Woman at a Time*
www.wholewomanshealth.com

This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to which they are addressed. This communication may contain material protected by HIPAA legislation (45 CFR, Parts 160 and 164). If you are not the intended recipient or the person responsible for delivering this email to the intended recipient, be advised that you have received this email in error and that any use, disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this email in error, please notify the sender via telephone (Administration: 512-835-6858) or by return e-mail and destroy all copies of the original message.



**Whole Woman's Health of Austin**
4100 Duval Rd bldg 2, ste 201
Austin, TX 78759

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing   MC 1868
P.O. Box 149347
Austin, TX 78714-9347

      *Re:*    Whole Woman's Health of Austin
              Licensed Abortion Facility N.# 140013

Dear Health Facility Licensing Certification Coordinator:

Attached please find a certification pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007.

As HHSC is aware, because Whole Woman's Health of Austin is a licensed abortion facility, it does not have any hospital capacity.

Whole Woman's Health of Austin understands that because it has submitted the attached certification, Executive Order GA-15's requirements relating to postponement of certain surgeries and procedures do not apply to it.

If HHSC has a contrary understanding, we respectfully request that you advise us to that effect by no later than April 21, 2020 at 3:00 p.m.

Sincerely,

Soraya Dadras Clinic Administrator
sdadras *a* wholewomanshealth.com



**Whole Woman's Health of Austin**
4100 Duval Rd bldg 2, ste 201
Austin, TX 78759

April 20, 2020

Health Facility Licensing Certification Coordinator
Health and Human Services Commission
Health Facility Licensing – MC 1868
P.O. Box 149347
Austin, TX 78714-9347

> *Re:*   Whole Woman's Health of Austin
> Licensed Abortion Facility N.# 140013

Dear Health Facility Licensing Certification Coordinator:

Pursuant to Executive Order GA-15 and Health Facility Licensing Guidance Letter No. GL 20-1007, Whole Woman's Health of Austin hereby provides the following certifications:

I, Soraya Dadras, am the Administrator of Whole Woman's Health of Austin and as such have authority to bind Whole Woman's Health of Austin in connection with the required certifications.

> (1) I certify, on behalf of Whole Woman's Health of Austin, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and
>
> (2) I certify, on behalf of Whole Woman's Health of Austin, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID 19 disaster.

Sincerely,

Soraya Dadras, Clinic Administrator
Sdadras a.wholewomanshealth.com

| | |
|---|---|
| **From:** | HHSC HFL Certification Coordinator |
| **To:** | Kathy K |
| **Subject:** | RE: Houston Women"s Reproductive Services , Licensed Abortion Facility, License #140019 |
| **Attachments:** | HWRS Covid 19 certification state.pdf |

Good afternoon,

The health care facility's certification, under Executive Order GA-15, has been received.

Thank you,

Lisa

**From:** Kathy K <kathykleinfeld@gmail.com>
**Sent:** Sunday, April 19, 2020 12:07 PM
**To:** HHSC HFL Certification Coordinator <HFLCertificationCoordinator@hhsc.state.tx.us>
**Subject:** Houston Women's Reproductive Services , Licensed Abortion Facility, License #140019

**WARNING:** This email is from outside the HHS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

Attached,please find our signed Health Care Facility certification letter re: GA-15

-----------------------------------

Kathy Kleinfeld, Administrator
Houston Women's Reproductive Services
281-501-2197 (o)

***Confidentiality Notice:  This email message, including any attachments, is for the sole use of intended recipient (s) and may contain confidential and privileged information.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

HOUSTON WOMEN'S REPRODUCTIVE SERVICES

5225 KATY FWY, SUITE 370

HOUSTON, TX 77007

PHONE 281-501-2197   FAX 281-501-8176

April 19,2020

Health Facility Licensing Certification Coordinator

Health and Human Services Commission

Health Facility Licensing – MC 1868

P.O. Box 149347

Austin, TX 78714-9347

Submitted Via email to HFLCertificationCoordinator@hhsc.state.tx.us.

Re: Houston Women's Reproductive Services , Licensed Abortion Facility, License #140019

I certify, on behalf of Houston Women's Reproductive Services, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and

I certify, on behalf of Houston Women's Reproductive Services that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID-19 disaster.

Kathy Kleinfeld,  Administrator

| **From:** | HHSC HFL Certification Coordinator |
|---|---|
| **To:** | Alan Braid |
| **Subject:** | RE: Alamo City Surgery Center; Texas licensed Ambulatory Surgery Center; lic#130238 |
| **Attachments:** | certification letter.pdf |

Good afternoon,

The health care facility's certification, under Executive Order GA-15, has been received.

Thank you,

Lisa

**From:** Alan Braid <abraid45@gmail.com>
**Sent:** Sunday, April 19, 2020 10:40 AM
**To:** HHSC HFL Certification Coordinator <HFLCertificationCoordinator@hhsc.state.tx.us>
**Subject:** Alamo City Surgery Center; Texas licensed Ambulatory Surgery Center; lic#130238

**WARNING:** This email is from outside the HHS system. Do not click on links or attachments unless you expect them from the sender and know the content is safe.

Certification letter attached:



# Alamo City Surgery Center

# 7402 John Smith Drive, suite 102

# San Antonio, Texas 78229

April 18, 2020

Health Facility Licensing Certification Coordinator

Health and Human Services Commission

Health Facility Licensing-MC 1868

PO BOX 149347

Austin, Texas 78714-9347

Re: Alamo City Surgery Center, Licensed Ambulatory Surgery Center (ASC), License number 130238

Dear Sir,

I certify, on behalf of Alamo City Surgery Center, that this facility will reserve at least 25% of its hospital capacity for treatment of COVID-19 patients, accounting for the range of clinical severity of COVID-19 patients; and

I certify, on behalf of Alamo City Surgery Center, that this facility will not request any personal protective equipment from any public source, whether federal, state, or local, for the duration of the COVID-19 disaster.

Alan Braid, M.D.

Administrator, Medical Director, Owner

© Gartner Studios