# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD<br>CENTER FOR CHOICE, et al.,<br><br>Plaintiffs,<br>v.<br><br>GREG ABBOTT, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 1:20-CV-00323-LY |

## ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

On this date the Court considered Plaintiffs' Motion for Preliminary Injunction. After considering the Motion, Plaintiffs' briefing in support, State Defendants' responses, any further replies filed by the parties, and the other pleadings in this matter, the Court is of the opinion that the Motion is not meritorious and should be **DENIED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Preliminary Injunction is denied. This Court declines to issue any preliminary injunctive relief at this time.

SIGNED this _____ day of _____, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE