**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| PLANNED PARENTHOOD CENTER FOR CHOICE, *et al*., | |
| Plaintiffs, | |
| v. | No. 1:20-cv-00323-LY |
| GREG ABBOTT, in his official capacity as Governor of Texas, *et al*., | |
| Defendants. | |

## <u>NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION</u>

Plaintiffs hereby provide notice that they are withdrawing their pending motion for a preliminary injunction, ECF No. 7, in light of State Defendants' representations in their opposition to the preliminary injunction motion, *see* ECF No. 100. Plaintiffs intend to reach out to opposing counsel to discuss the status of the case and will submit a proposed way forward to this Court in short order.

Dated: April 23, 2020

Respectfully submitted,

<u>/s/ Patrick J. O'Connell</u>
Patrick J. O'Connell
Texas Bar No. 15179900
Law Offices of Patrick J. O'Connell PLLC
5926 Balcones Dr., Ste. 220
Austin, Texas 78731
(512) 852-5918
pat@pjofca.com

*Attorney for All Plaintiffs*

Julie Murray*
Hannah Swanson*
PLANNED PARENTHOOD FEDERATION
OF AMERICA
1110 Vermont Ave., NW Ste. 300
Washington, D.C. 20005
(202) 973-4800
julie.murray@ppfa.org
hannah.swanson@ppfa.org

Jennifer Sandman*
PLANNED PARENTHOOD FEDERATION
OF AMERICA
123 William Street
New York, NY 10038
(212) 541-7800
jennifer.sandman@ppfa.org

*Attorneys for Plaintiffs Planned Parenthood
Center for Choice, Planned Parenthood of
Greater Texas Surgical Health Services, and
Planned Parenthood South Texas Surgical
Center*

Molly Duane*
Rabia Muqaddam*
Francesca Cocuzza*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water St., 22nd Floor
New York, NY 10038
(917) 637-3631
mduane@reprorights.org
rmuqaddam@reprorights.org
fcocuzza@reprorights.org

*Attorneys for Plaintiffs Southwestern
Women's Surgery Center, Brookside
Women's Medical Center PA d/b/a
Brookside Women's Health Center and
Austin Women's Health Center, Robin
Wallace, M.D., Alamo City Surgery Center
PLLC d/b/a Alamo Women's Reproductive
Services, and Houston Women's
Reproductive Services*

Stephanie Toti
Rupali Sharma*
Sneha Shah*
LAWYERING PROJECT
25 Broadway, Fl. 9
New York, NY 10004
(646) 490-1083
stoti@lawyeringproject.org
rsharma@lawyeringproject.org
sshah@lawyeringproject.org

*Attorneys for Plaintiffs Whole Woman's
Health and Whole Woman's Health Alliance*

Anjali Salvador, TX Bar No. 24110324*
Andre Segura, TX Bar No. 24107112*
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Tel. (713) 942-8146
Fax: (713) 942-8966
asalvador@aclutx.org
asegura@aclutx.org

Brigitte Amiri*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2600
bamiri@aclu.org

*Attorneys for Plaintiff Houston Women's
Center*

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on April 23, 2020, I filed a copy of the foregoing with this Court's CM/ECF system, which will serve a copy on the following individuals:

Heather Gebelin Hacker
Andrew Bowman Stephens
Benjamin S. Walton
Office of the Attorney General of Texas
209 W. 14th Street
7th Floor
Austin, TX 78701
(512) 836-2540
(512) 474-2697 (fax)
heather.hacker@oag.texas.gov
andrew.stephens@oag.texas.gov
benjamin.walton@oag.texas.gov

John J. Butrus, Jr.
Dallas County District Attorney's Office
133 N. Riverfront Blvd LB 19
Dallas, TX 75207
(214) 653-3691
(214) 653-2899 (fax)
john.butrus@dallascounty.org

Justin C. Pfeiffer
Fort Bend County Attorney's Office
401 Jackson Street
Third Floor
Richmond, TX 77469
(281) 341-4555
(281) 341-4557 (fax)
justin.pfeiffer@fortbendcountytx.gov

Ruben Gabriel Duarte
El Paso County Attorney's Office
500 E. San Antonio - Rm 503
El Paso, TX 79901
(915) 546-2083
rduarte@epcounty.com

Adam Arthur Biggs
Special Litigation Counsel
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
(512) 463-2120
(512) 320-0667 (fax)
adam.biggs@oag.texas.gov

David S. Lill
Lill Firm, P.C.
4407 Bee Caves Road
Suite 111 Building 1
Austin, TX 78746
(512) 330-0252
(844) 402-9814 (fax)
david@lillfirm.com

Elizabeth Murrill
Joseph Scott St. John
Louisiana Dept. of Justice
1885 North Third Street
Baton Rouge, LA 70804
225-456-7544
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

/s/ *Julie Murray*
Julie Murray