IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | |
|---|---|
| PLANNED PARENTHOOD CENTER FOR CHOICE, PLANNED PARENTHOOD OF GREATER TEXAS SURGICAL HEALTH SERVICES, PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER, WHOLE WOMAN'S HEALTH, WHOLE WOMAN'S HEALTH ALLIANCE, SOUTHWESTERN WOMEN'S SURGERY CENTER, BROOKSIDE WOMEN'S MEDICAL CENTER PA D/BA BROOKSIDE WOMEN'S HEALTH CENTER AND AUSTIN'S WOMEN'S HEALTH CENTER, ROBIN WALLACE, M.D., M.A.S., ALAMO CITY SURGERY CENTER PLLC D/B/A ALAMO WOMEN'S REPRODUCTIVE SERVICES, HOUSTON WOMEN'S REPRODUCTIVE SERVICES, AND HOUSTON WOMEN'S CLINIC,<br>§§§§§§§§§§§§§§§§§§§§§§§<br>PLAINTIFFS, § | |
| V. § | CAUSE NO. A-20-CV-323-LY |
| GREG ABBOTT, GOVERNOR OF TEXAS, KEN PAXTON, ATTORNEY GENERAL OF TEXAS, PHIL WILSON ACTING EXECUTIVE COMMISSIONER OF THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, STEPHEN BRINT CARLTON, EXECUTIVE DIRECTOR OF THE TEXAS MEDICAL BOARD, KATHERINE A. THOMAS, EXECUTIVE DIRECTOR OF THE TEXAS BOARD OF NURSING, EACH IN THEIR OFFICIAL CAPACITY, AND MARGARET MOORE, DISTRICT ATTORNEY FOR TRAVIS COUNTY, JOE GONZALES, CRIMINAL §§§§§§§§§§§§§§§§§§§ | |

| | |
|---|---|
| DISTRICT ATTORNEY FOR BEXAR COUNTY, JAIME ESPARZA, DISTRICT ATTORNEY FOR EL PASO COUNTY, JOHN CREUZOT, DISTRICT ATTORNEY FOR DALLAS COUNTY, SHAREN WILSON, CRIMINAL DISTRICT ATTORNEY TARRANT COUNTY, RICARDO RODRIGUEZ, JR., CRIMINAL DISTRICT ATTORNEY FOR HIDALGO COUNTY, BARRY JOHNSON, CRIMINAL DISTRICT ATTORNEY FOR MCLENNAN COUNTY, KIM OGG, CRIMINAL DISTRICT ATTORNEY FOR HARRIS COUNTY, AND BRIAN MIDDLETON CRIMINAL DISTRICT ATTORNEY FOR FORT BEND COUNTY, EACH IN THEIR OFFICIAL CAPACITY, DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § |

## ORDER

Before the court is the Plaintiffs' Notice of Withdrawal of Plaintiffs' Motion for Preliminary Injunction filed April 23, 2020 (Clerk's Doc. #101). As the notice informs the court that Plaintiffs have withdrawn their request for a preliminary injunction,

**IT IS ORDERED** that the court's Order Extending Order Granting Plaintiffs' Second Motion for Temporary Restraining Order and Scheduling Order for Plaintiffs' Motion for Preliminary Injunction signed April 14, 2020, is in all respects **VACATED** and the telephonic hearing on Plaintiffs' motion for preliminary injunction set for April 29, 2020 at 9:30 is **CANCELED**.

SIGNED this 23rd day of April, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE

2