IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD CENTER FOR CHOICE, et al., § § § § Plaintiffs, § v. § § GREG ABBOTT, et al., § § Defendants. § | CAUSE NO. 1:20-CV-00323-LY |

# ORDER

On this date, the Court considered State Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiffs' Amended Complaint for Injunctive and Declaratory Relief. After considering the motion, the Court is of the opinion the motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that State Defendants' Unopposed Motion for Extension of Time to File a Response is hereby GRANTED. The deadline to file response to Plaintiffs' Amended Complaint for Injunctive and Declaratory Relief is now June 25, 2020.

SIGNED this 21st day of May, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE