UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 MAY 26 PM 12: 31
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | | |
|---|---|---|
| PLANNED PARENTHOOD CENTER FOR CHOICE, et al., | § § § | |
| Plaintiffs | § § | Civil Action No. 1:20-cv-00323-LY |
| v. | § § | |
| GREG ABBOTT, et al. | § § | |
| Defendants. | § § | |

### ORDER

Before the Court is Defendant Travis County District Attorney Margaret Moore's Unopposed Motion for Extension of Time to File a Response to Plaintiffs' Second Amended Complaint for Injunctive and Declaratory Relief. After careful consideration of the Motion, Plaintiffs' response, if any, and the pleadings filed by the parties, the Court is of the opinion that the Motion has merit and should be GRANTED.

Accordingly, it is ORDERED that Defendant Margaret Moore shall file a response to Plaintiffs' Second Amended Complaint on or before June 25, 2020.

SIGNED this 26th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE