IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD CENTER FOR CHOICE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>    Defendants. | No. 1:20-cv-00323-LY |

**AGREED STIPULATION FOR NON-ENFORCEMENT PENDING FINAL RESOLUTION, ATTORNEYS FEES AND COSTS**

    Plaintiffs Planned Parenthood Center for Choice, Houston Women's Reproductive Services, and Houston Women's Clinic (collectively, "Plaintiffs") and Defendant Kim Ogg, District Attorney of Harris County, Texas ("Defendant") in the above-styled and numbered cause stipulate as follows:

**Stipulations by Plaintiffs**

    1.    Plaintiffs stipulate and agree not to seek attorney's fees, penalties, damages, expert fees, court costs, or other costs or expenses of any kind, from Defendant in the above-captioned and numbered case.

**Stipulations by Defendant**

    2.    Whereas Plaintiffs in the instant lawsuit challenge the constitutionality of Governor Greg Abbott's March 22, 2020, Executive Order GA 09, "Relating to hospital capacity during the COVID-19 disaster," a violation of which Defendant may enforce, and are requesting temporary injunctive relief pending final resolution of the matter, Defendant agrees not to enforce Governor Greg Abbott's March 22, 2020, Executive Order as applied to Plaintiffs until such time as a final non-appealable judgment has been issued in this matter.

    3.    In light of the fact that the Texas Attorney General intends to defend the constitutionality of the Executive Order and its interpretation of that order on a statewide basis on behalf of the Governor, Attorney General, and other state Defendants, Defendant agrees not to participate in litigating the above-styled and numbered cause unless required to do so. Further, by

entering into this stipulation, Defendant is conserving prosecutorial resources until such time as the constitutionality of the Executive Order as applied to Plaintiffs is resolved.

**Stipulation on Filing of Answer by Defendant**

4. Plaintiffs and Defendant agree that Defendant shall not file an answer, unless ordered to do so by the Court, and that no default judgment shall be taken against her.

5. These stipulations are made without prejudice to any claim or defense that Plaintiffs or Defendant may assert subsequent to this stipulation.

6. This document may be executed in counterparts.

Dated: **June 3, 2020**

Respectfully submitted,

*/s/ Laura Beckman Hedge*
LAURA BECKMAN HEDGE
Sr. Assistant County Attorney
Federal I.D. 23243
State Bar No. 00790288
1019 Congress, 15th Floor
Telephone: 713-274-5137
Facsimile: 713-755-8924
laura.hedge@cao.hctx.net
**ATTORNEY FOR DEFENDANT KIM OGG**

*/s/ Patrick J. O'Connell*
Patrick J. O'Connell
Texas Bar No. 15179900
Law Offices of Patrick J. O'Connell PLLC
5926 Balcones Dr., Ste. 220
Austin, Texas 78731
(512) 852-5918
pat@pjofca.com

*Attorney for All Plaintiffs*

Julie Murray*
Hannah Swanson*
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Ave., NW Ste. 300
Washington, D.C. 20005
(202) 973-4800
julie.murray@ppfa.org
hannah.swanson@ppfa.org

Jennifer Sandman*
PLANNED PARENTHOOD FEDERATION OF AMERICA
123 William Street
New York, NY 10038
(212) 541-7800
jennifer.sandman@ppfa.org

*Attorneys for Plaintiffs Planned Parenthood Center for Choice, Planned Parenthood of Greater Texas Surgical Health Services, and Planned Parenthood South Texas Surgical Center*

Molly Duane*
Rabia Muqaddam*
Francesca Cocuzza*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water St., 22nd Floor
New York, NY 10038
(917) 637-3631
mduane@reprorights.org
rmuqaddam@reprorights.org
fcocuzza@reprorights.org

*Attorneys for Plaintiffs Southwestern Women's Surgery Center, Brookside Women's Medical Center PA d/b/a Brookside Women's Health Center and Austin Women's Health Center, Robin Wallace, M.D., Alamo City Surgery Center PLLC d/b/a Alamo Women's Reproductive Services, and Houston Women's Reproductive Services*

Anjali Salvador, TX Bar No. 24110324*
Andre Segura, TX Bar No. 24107112*
ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Tel. (713) 942-8146
Fax: (713) 942-8966
asalvador@aclutx.org
asegura@aclutx.org

Brigitte Amiri*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2600
bamiri@aclu.org

*Attorneys for Plaintiff Houston Women's Center*

**Admitted Pro Hac Vice*

### SIGNATURE CERTIFICATION

Pursuant to Section 14(c) of the Administrative Policies and Procedures for Electronic Filing In Civil and Criminal Cases of the United States District Court for the Western District of Texas, I hereby certify that the content of this document is acceptable to Patrick J. O'Connell and counsel for all plaintiffs, and that I have obtained counsels' authorization to affix their electronic signature to this document.

Dated June 3, 2020

    Respectfully submitted,

    */s/ Laura Beckman Hedge*
    LAURA BECKMAN HEDGE
    Sr. Assistant County Attorney
    Federal I.D. 23243
    State Bar No. 00790288
    1019 Congress, 15th Floor
    Telephone: 713-274-5137
    Facsimile: 713-755-8924
    laura.hedge@cao.hctx.net
    **ATTORNEY FOR DEFENDANT KIM OGG**

## **CERTIFICATE OF SERVICE**

I hereby certify that on **June 3, 2020** a true and correct copy of the foregoing document was served electronically via the Court's electronic filing system on all parties of record:

Patrick J. O'Connell
Texas Bar No. 15179900
Law Offices of Patrick J. O'Connell PLLC
5926 Balcones Dr., Ste. 220
Austin, Texas 78731
pat@pjofca.com

Julie Murray
Hannah Swanson
1110 Vermont Ave., NW Ste. 300
Washington, D.C. 20005
(202) 973-4800
julie.murray@ppfa.org
hannah.swanson@ppfa.org

Jennifer Sandman
123 William Street
New York, NY 10038 jennifer.sandman@ppfa.org

Heather Gebelin
Hacker Andrew Bowman
Stephes Benjamin S. Walton
209 W. 14th Street, 7th Floor
Austin, TX 78701
(512) 836-2540
(512) 474-2697 (fax)
heather.hacker@oag.texas.gov
andrew.stephens@oag.texas.gov
benjamin.walton@oag.texas.gov

John J. Butrus, Jr.
Dallas County District Attorney's Office
133 N. Riverfront Blvd LB 19
Dallas, TX 75207
(214) 653-3691
(214) 653-2899 (fax)
john.butrus@dallascounty.org

Justin C. Pfeiffer
Fort Bend County Attorney's Office
401 Jackson Street Third Floor Richmond, TX 77469 (281) 341-4555
(281) 341-4557 (fax)
justin.pfeiffer@fortbendcountytx.gov

Ruben Gabriel Duarte
El Paso County Attorney's Office
500 E. San Antonio - Rm 503
El Paso, TX 79901
rduarte@epcounty.com

Adam Arthur Biggs
Special Litigation
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2120
adam.biggs@oag.texas.gov

David S. Lill
Lill Firm, P.C.
4407 Bee Caves Road
Suite 111 Building 1
Austin, TX 78746
(512) 330-0252
david@lillfirm.com

Elizabeth Murrill Joseph
Scott St. John Louisiana
1885 North Third Street
Baton Rouge, LA 70804
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*/s/ Laura Beckman Hedge*
**Laura Beckman Hedge**
**Sr. Assistant County Attorney**