IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD CENTER FOR CHOICE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ABBOTT, in his official capacity as Governor of Texas, *et al.*,<br><br>Defendants. | No. 1:20-cv-00323-LY |

## NOTICE OF RULE 41(a)(1)(A)(i) DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss all claims against all Defendants in this case.

Dated: March 5, 2021

Respectfully submitted,

/s/ Patrick J. O'Connell
Patrick J. O'Connell
Texas Bar No. 15179900
Law Offices of Patrick J. O'Connell PLLC
5926 Balcones Dr., Ste. 220
Austin, Texas 78731
(512) 852-5918
pat@pjofca.com

*Attorney for All Plaintiffs*

Julie Murray*
Hannah Swanson*
PLANNED PARENTHOOD FEDERATION
OF AMERICA
1110 Vermont Ave., NW Ste. 300
Washington, D.C. 20005
(202) 973-4800
julie.murray@ppfa.org
hannah.swanson@ppfa.org

Jennifer Sandman*
PLANNED PARENTHOOD FEDERATION
OF AMERICA
123 William Street
New York, NY 10038
(212) 541-7800
jennifer.sandman@ppfa.org

*Attorneys for Planned Parenthood Center for Choice, Planned Parenthood of Greater Texas Surgical Health Services, and Planned Parenthood South Texas Surgical Center*

Molly Duane*
Rabia Muqaddam*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water St., 22nd Floor
New York, NY 10038
(917) 637-3631
mduane@reprorights.org
rmuqaddam@reprorights.org

*Attorneys for Plaintiffs Southwestern Women's Surgery Center, Brookside Women's Medical Center PA d/b/a Brookside Women's Health Center and Austin Women's Health Center, Robin Wallace, M.D., Alamo City Surgery Center PLLC d/b/a Alamo Women's Reproductive Services, and Houston Women's Reproductive Services*

Stephanie Toti
Rupali Sharma*
Sneha Shah*
LAWYERING PROJECT
25 Broadway, Fl. 9
New York, NY 10004
(646) 490-1083
stoti@lawyeringproject.org
rsharma@lawyeringproject.org
sshah@lawyeringproject.org

*Attorneys for Plaintiffs Whole Woman's Health and Whole Woman's Health Alliance*

Andre Segura, TX Bar No. 24107112*

ACLU FOUNDATION OF TEXAS, INC.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Tel. (713) 942-8146
Fax: (713) 942-8966
asalvador@aclutx.org
asegura@aclutx.org

Brigitte Amiri*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel. (212) 549-2600
bamiri@aclu.org

*Attorneys for Plaintiff Houston Women's Center*

*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I certify that on March 5, 2021, I filed a copy of the foregoing with this Court's CM/ECF system, which will serve a copy on all attorneys of record.

/s/ *Julie Murray*
Julie Murray
